HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| De-Occupy Honolulu; Catherine Russell; Christopher Smith; Andrew Smith; Madori Rumpungworn; John Does 1-50 <br><br> *Plaintiff* <br><br> v. <br><br> City and County of Honolulu; Westley Chun in his personal and official capacity; Trish Morikawa, in her personal and official capacity; Larry Santos, in his personal and official capacity; John Does, 1-50 in their personal and official capacities. <br><br> *Defendant* | Civil Action No. CV12-00668 JMS KSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Westley Chun

Wherever he may be; address is unknown.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

at 9 o'clock and 50 min. ___ M.
DEC 13 2012
SUE BEITIA, CLERK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard Holcomb
1136 Union Mall, Suite #808
Honolulu, Hawaii 96813

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 13 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  CV12-00668 JMS KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                           *Server's signature*

                                  _____
                                           *Printed name and title*


                                  _____
                                           *Server's address*

Additional information regarding attempted service, etc: