# HOLCOMB LAW, LLLC A LIMITED LIABILITY LAW CORPORATION

Richard L. Holcomb, Esq.
Brian Brazier of Counsel
1136 Union Mall
Suite 808
Honolulu, HI 96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

December 14, 2012
*Via Facsimile (808) 541-1851*

Hon. J. Michael Seabright
Judge, U.S. District Court
300 Ala Moana Blvd., Rm. C-435
Honolulu, HI 96850

Re: De-Occupy Honolulu, et al. v. City and County of Honolulu, et al., Civil Case Number 12-00668 JMS/RLP

Dear Judge Seabright,

Contrary to our previous letter and Plaintiffs' understanding, it appears that the City either does not agree with the "agreement" that I submitted with their permission, or does not wish for the parties to have any means of enforcing that "agreement."

Specifically, after having spent hours consulting with my clients and negotiating with the City in an attempt to resolve the Motion for Temporary Restraining Order, we accepted the City's final proposal and incorporated all of the language that they had requested on the final of at least three drafts of the "agreement." I submitted that agreement with a letter asking that you enter the agreement as an Order or Consent Decree. Per the instruction of your clerk, I prepared and then submitted a proposed Order for the City's approval. I have attached the proposed Order for your review; and I would note that it is an exact copy of the "agreement" that derived from the City's last revision.

The City waited until 5:30 p.m. to inform me that it had not agreed to have any Order or Consent Decree entered. In other words, its intention was to enter an "agreement" that has no force of law in exchange for the Plaintiffs' foregoing the Temporary Restraining Order litigation. For obvious reasons, my clients do not trust the City to abide with any unenforceable agreement as the Complaint, at least in large part, results from the City's refusal to comply with its own ordinance.

Accordingly, despite our best efforts to resolve this matter, we must now request that the Court intervene and that the TRO hearing be held either as previously scheduled or on Thursday. If you have any questions or need further information, please contact me at (808) 545-4040.

Sincerely,

s/ Richard L. Holcomb

Richard Holcomb
Counsel for Plaintiffs

**HOLCOMB LAW, LLLC** A LIMITED LIABILITY LAW CORPORATION