ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE

JAN 03 2013

at ___ o'clock and ___ min, __ M.
SUE BEITIA, CLERK

Civil Action No. 1:12-CV-000668 DAE

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRISH MORIKAWA
was received by me on *(date)* 12/14/2012 .

☑ I personally served the summons on the individual at *(place)* 272 AWAKEA ROAD, KAILUA, HAWAII 96734
   on *(date)* 01/01/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/02/2013

_____
Server's signature

CHRISTOPHER BAKER, PROCESS SERVER
*Printed name and title*

99-040 KAUHALE STREET #13068
AIEA, HAWAII 96701

*Server's address*

Additional information regarding attempted service, etc:
Personal Service - asian female, 5'6, 120, black hair.

original