# MINUTES

CASE NUMBER:      CV 12-00668JMS-KSC

CASE NAME:        De-Occupy Honolulu; Catherine Russell; Christopher Smith;
                  Andrew Smith; Madori Rumpungworn; et al. v. City and
                  County of Honolulu; Westley Chun; Trish Morikawa; Larry
                  Santos; et al.

ATTYS FOR PLA:    Richard L. Holcomb
                  Brian J. Brazier

ATTYS FOR DEFT:   Ernest H. Nomura
                  Laura L.M. Yoshida
                  Dawn Spurlin
                  Kenneth Shimizu

INTERPRETER:

JUDGE:    J. Michael Seabright        REPORTER:    Cynthia Fazio

DATE:     1/17/2013                   TIME:        9:00am-11:20am

## EVIDENTIARY HEARING

COURT ACTION:   EP: Plaintiffs' Motion for Sanctions, Enforcement of Agreement,
and/or Temporary Restraining Order [19].

Exhibits Admitted via stipulation:  Plaintiff's exhibits 1 and 2.

Plaintiff's Witnesses: 1) Christopher Henry Baker, 2) Christopher Smith, 3) Catherine
Russell

Defendant's Witnesses: 1) Allan T. Sato, 2) Kenneth Shimizu

The court GRANTS in part and DENIES in part Plaintiffs' Motion.  Mr. Nomura to
prepare the order.

The parties shall also meet and confer regarding compliance with the Stipulation, and
provide by January 28, 2013 a letter to the court regarding the status of their discussions.

Submitted by:  Theresa Lam, Courtroom Manager