LETTER

DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov



KIRK CALDWELL
MAYOR

DIANE T. KAWAUCHI
ACTING CORPORATION COUNSEL

January 23, 2013

The Honorable J. Michael Seabright
Judge, United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C435
Honolulu, Hawaii 96850

Your Honor:

    Re:   De-Occupy Honolulu, et al. v. City and County of Honolulu, et al.
            Civil No. CV 12-00668 JMS-KSC

       I am submitting a proposed form of the Order Granting in Part and Denying in Part Plaintiffs' Motion for Sanctions, Enforcement Of Agreement, And/Or Temporary Restraining Order ("Order"). Yesterday, I sent the proposed form of the Order to Messrs. Holcomb and Brazier, who insisted that the City revise Paragraphs 6 and 7 of the City's proposed form as follows (new language underscored, deleted language is struck out ):

> 6. As to Plaintiffs' complaint that the City breached the Stipulation by refusing to return impounded property "immediately," the Court finds that the term "immediately" is ambiguous in this context and, accordingly, that the City and Plaintiffs shall meet and confer to work out a reasonable procedure by which the City will process requests for appointments for owners to repossess their impounded property to owners. The Court further admonishes the City that the City must devote adequate resources for and provide adequate training to City employees involved in returning impounded property to its owners. The parties shall provide the Court with a status letter by January 28, 2013, regarding the negotiations on these points. Thus, The Court GRANTS the Motion on this point.
>
> 7. The Court GRANTS Plaintiffs' motion for sanctions against the City to require that the City devote adequate resources to provide an efficient and transparent process whereby Plaintiffs can

The Honorable J. Michael Seabright
January 23, 2013
Page 2

> effectively reacquire control of impounded property. The Court
> otherwise DENIES Plaintiffs' request for sanctions against the
> City. The Court also DENIES Plaintiffs' request to enter a
> temporary restraining order against the City.

Messrs. Holcomb and Brazier's proposed language does not accurately and appropriately reflect the Court's ruling on the Motion. The City objects to any language that suggests that the Court "sanctioned" the City in any way or form by "devoting adequate resources" and "providing adequate training" (which the City has already conducted at the Halawa Corp Yard).

I believe that the City's proposed form of the Order accurately reflects the Court's ruling and, as such, it should be entered forthwith.

Respectfully submitted,

ERNEST H. NOMURA
Deputy Corporation Counsel

EHN:ey

Enclosure

cc: Richard L. Holcomb (w/enclosure)
    Brian J. Brazier (w/enclosure)

12-09343/266227

DEPARTMENT OF THE CORPORATION COUNSEL

DIANE T. KAWAUCHI         1539-0
Acting Corporation Counsel
ERNEST H. NOMURA          4829-0
DAWN D.M. SPURLIN         5559-0
LAURA YOSHIDA             6771-0
Deputies Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone No. (808) 768-5120
E-Mail:   enomura@honolulu.gov
          dspurlin@honolulu.gov
          lyoshida@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DE-OCCUPY HONOLULU; CATHERINE RUSSELL; CHRISTOPHER SMITH; ANDREW SMITH; MADORI RUMPUNGWORN; and JOHN DOES 1-50,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF HONOLULU; WESTLEY CHUN, in his personal and official capacity; TRISH MORIKAWA, in her personal and official capacity; LARRY SANTOS, in his personal and official capacity; and JOHN DOES 1-50,<br><br>Defendants. | CIVIL NO. CV 12-00668 JMS-KSC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SANCTIONS, ENFORCEMENT OF AGREEMENT, AND/OR TEMPORARY RESTRAINING ORDER<br><br><br>DATE:   January 17, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  J. Michael Seabright |

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SANCTIONS, ENFORCEMENT OF AGREEMENT, AND/OR TEMPORARY RESTRAINING ORDER

Plaintiffs DE-OCCUPY HONOLULU; CATHERINE RUSSELL; CHRISTOPHER SMITH; ANDREW SMITH; and MADORI RUMPUNGWORN's ("Plaintiffs") Motion For Sanctions, Enforcement Of Agreement, And/Or Temporary Restraining Order ("Motion") was heard before the Honorable J. Michael Seabright, United States District Judge for the District of Hawaii, on Thursday, January 17, 2013, at 9:00 a.m. Richard L. Holcomb and Brian J. Brazier appeared on behalf of Plaintiffs. Ernest H. Nomura, Dawn D.M. Spurlin and Laura Yoshida, Deputies Corporation Counsel, appeared on behalf of Defendant City and County of Honolulu ("City").

After holding an evidentiary hearing and considering the testimony of witnesses, exhibits, declarations, and memoranda filed in this matter, assessing the credibility of the witnesses, and based on the records, files and pleadings herein,

IT IS HEREBY ORDERED as follows:

1. As to Plaintiffs' complaint that the City breached the Stipulation re: Motion for Temporary Restraining Order, filed on December 19, 2012 ("Stipulation"), by "seizing 'untagged' items," Plaintiffs withdraws this

complaint because it lacks evidence to support this claim. Thus, the Court DENIES the Motion on this point.

2. As to Plaintiffs' complaint that the City breached the Stipulation by "rummaging" through "tagged tents" without identifying owners of the tents to remove personal property, the Court finds that there is nothing in the Stipulation that requires the City to identify owners of personal property before it impounds the property. Thus, the Court DENIES the Motion on this point.

3. As to Plaintiffs' complaint that the City breached the Stipulation by failing to exercise "due care to prevent destruction or harm to seized property," the Court has reviewed Plaintiffs' Exhibits 1 and 2 and finds that the video does not support this claim. Thus, the Court DENIES the Motion on this point.

4. As to Plaintiffs' complaint that the City breached the Stipulation by failing to store personal property in "numbered bins," the Court finds that Plaintiffs failed to sustain their burden on this claim. Thus, the Court DENIES the Motion on this point.

5. As to Plaintiffs' complaint that the City breached the Stipulation by cordoning off more than ten (10) feet around the "tagged" property being

impounded, the Court finds that Plaintiffs failed to sustain their burden on this claim. Thus, the Court DENIES the Motion on this point.

6. As to Plaintiffs' complaint that the City breached the Stipulation by refusing to return impounded property "immediately," the Court finds that the term "immediately" is ambiguous and, accordingly, the City and Plaintiffs shall meet and confer to work out a reasonable procedure by which the City will process requests for appointments to repossess impounded property to owners. The parties shall provide the Court with a status letter by January 28, 2013, regarding the negotiations on this point. Thus, the Court GRANTS the Motion on this point.

7. The Court DENIES Plaintiffs' request for sanctions against the City. The Court also DENIES Plaintiffs' request to enter a temporary restraining order against the City.

DATED: Honolulu, Hawaii, _____.

_____
United States District Court Judge

APPROVED AS TO FORM:

_____
RICHARD L. HOLCOMB
BRIAN J. BRAZIER
Attorneys for Plaintiffs

3