RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email:  brianbrazier@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu; Catherine Russell; Christopher Smith; Andrew Smith; Madori Rumpungworn Dominic James; and John Does 1-50,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>City and County of Honolulu; Westley Chun, in his personal and official capacity; Trish Morikawa, in her personal and official capacity; Larry Santos, in his personal and official capacity; Ken Shimizu, in his personal and official capacity; and John Does 1-50 in their personal and official capacities.<br><br>　　　　　　Defendants. | CASE NO.  1:12-cv-000668<br><br>PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; CERTIFICATE OF SERVICE<br><br><u>Hearing:</u><br><br>None Scheduled<br><br>Judge:  Honorable J. Michael Seabright |

1

# PLAINTIFFS' MOTION FOR LEAVE
# TO FILE SECOND AMENDED COMPLAINT

COME NOW the Plaintiffs, by and through the undersigned counsel, and requests leave to file the Second Amended Complaint.

In support of this Motion, Plaintiffs would show:

1. This Court ordered the Second Amended Complaint be filed on or before March 15, 2013.

2. On March 15, 2013, between 4:45 and 5:00 p.m., the undersigned counsel attempted to file the Second Amended Complaint, attached. Counsel believed that the Second Amended Complaint had been filed at this time.

3. It was not until this morning, March 18, 2013, when after the Scheduling Conference for this case, that counsel was first informed that it had not been filed. Specifically, defense counsel, Ernest Nomura, informed the undersigned that he had not received electronic notification of the filing.

4. Counsel returned immediately to his office after the conference and found that, indeed, the Second Amended Complaint is not shown on Pacer as having been filed.

5. Counsel does not know what problem occurred with the attempted filing but believed that it had been filed before the close of business.

6. Nevertheless, on Friday, Counsel's assistant prepared copies of the manually filed Exhibits and had anticipated delivering those to the Court today along with courtesy copies of the Second Amended Complaint.  Those documents will be delivered, however, the Second Amended Complaint will be stamped with today's date and will show the document number of this motion.  If the Court would prefer, Counsel will re-file the Second Amended Complaint separately once leave is granted and will re-deliver the manual filings if necessary.

Accordingly, for the reasons stated above, Plaintiffs seek leave to file the Second Amended Complaint.

Dated:  Honolulu, Hawaii; March 18, 2013.

s/*Richard L. Holcomb*
Richard L. Holcomb
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn; and<br>John Does 1-50,<br><br>               Plaintiffs,<br>  vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and official capacity;<br>Trish Morikawa, in her personal and official capacity;<br>Larry Santos, in his personal and official capacity; and<br>John Does 1-50 in their personal and official capacities.<br><br>               Defendants. | CASE NO. 1:12-cv-000668<br><br>DECLARATION OF RICHARD L. HOLCOMB |

## **DECLARATION OF RICHARD L. HOLCOMB**

1. My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in Hawaiʻi and admitted to practice in this Court. I represent the Plaintiffs, in the above-styled case.

2. I prepared the foregoing Motion. I believe that all factual averments in the Motion are true.

4

  I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct.

  DATED:  Honolulu, Hawaii, March 18, 2013.

              _____
              Richard L. Holcomb
              Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>                     Plaintiffs,<br><br>     vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and<br>official capacity;<br>Trish Morikawa, in her personal and<br>official capacity;<br>Larry Santos, in his personal and official<br>capacity;<br>Ken Shimizu, in his personal and<br>official capacity; and<br>John Does 1-50 in their personal and<br>official capacities.<br><br>                     Defendants. | CASE NO. 1:12-cv-000668<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via this Court's electronic filing system, upon the following:

Ernest Nomura,
Brian Black, and/or
Scott Dodd
Dept. of Corp. Counsel
530 S. King St.
Room 110
Honolulu, HI  96813

DATED:  Honolulu, Hawaii; March 18, 2013.

                                    *s/Richard L. Holcomb*
                                    Richard L. Holcomb
                                    Attorney for Plaintiffs