DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
630 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov

LETTER



KIRK CALDWELL
MAYOR

DONNA Y. L. LEONG
CORPORATION COUNSEL DESIGNATE

May 2, 2013

**VIA FACSIMILE (541-1181)**

The Honorable J. Michael Seabright
Judge, United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C435
Honolulu, Hawaii 96850

Your Honor:

    Re:   De-Occupy Honolulu, et al. v. City and County of Honolulu, et al.
           Civil No. CV12-00668 JMS-KSC

    The City Defendants submit an update to our previous letter dated April 29, 2013 to include Mr. H. Doug Matsuoka as an adverse hostile witness for the City Defendants. The City Defendants intend to cross-examine Mr. Matsuoka for approximately 1.0 hours.

Very truly yours,

ERNEST H. NOMURA
Deputy Corporation Counsel

EHN:ey

cc:   Richard L. Holcomb, Esq.
       Brian J. Brazier, Esq.