RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email:  brianbrazier@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>     Plaintiffs,<br> vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and official capacity;<br>Trish Morikawa, in her personal and official capacity;<br>Larry Santos, in his personal and official capacity;<br>Ken Shimizu, in his personal and official capacity; and<br>John Does 1-50 in their personal and official capacities.<br><br>     Defendants.<br>_____ | CASE NO.  1:12-cv-000668<br><br>PLAINTIFFS' STATEMENT AS TO STIPULATED FACTS; DECLARATION OF RICHARD L. HOLCOMB; EXHIBIT ONE; CERTIFICATE OF SERVICE<br><br><u>Hearing:</u><br><br>Date:  May 17, 2013<br><br>Time:  9:00 a.m.<br><br>Judge:  Honorable J. Michael Seabright |

_____

## PLAINTIFFS' STATEMENT AS TO STIPULATED FACTS

COME NOW the Plaintiffs, by and through the undersigned counsel, and submit the following statement as to Stipulated Facts:

1. Plaintiffs made a good faith effort to stipulate to many of the facts that Plaintiffs believe are beyond dispute.

2. On May 3, 2013 at 8:57 a.m., Attorney Brazier sent to Defense Counsel, Ernest Nomura, the Proposed Stipulated Facts attached as Exhibit One.

3. At 9:13 a.m., Mr. Nomura e-mailed the Plaintiffs' attorneys and stated that "after just reviewing the 1st sentence, I'm concerned that we may not be able to agree to any of these "stipulated" facts. There were not 'raids.'"

4. At 9:46 a.m., the undersigned e-mailed Mr. Nomura stating:

Please let us know whether this means you are rejecting all proposed facts without further review or if you will make a good faith effort to identify specific objections to the proposals. Please [sic] let me know ASAP. I asked you to reciprocate but have received nothing from you.

5. At 9:48 a.m., Mr. Nomura responded, stating:

Trust me, Richard, we are trying our best to come up w/a response, but simply supercopying the self-serving declarations of your clients does not lend to a working draft of a "Stipulated Facts" proposal. You'll hear from me on this later today.

6. Shortly thereafter, counsel responded as follows:

Many of those facts are also supported by your decs. And I thought I removed much of what you would not agree happened. If you have a problem with a word such as "raid" I'm sure we can work that out.

7. On May 4, 2013, Mr. Nomura sent another e-mail stating:

On stipulated facts – I'm afraid that I cannot agree to your/Brian's proposal. If you guys can come up with a version that is less self-serving and practically makes me admit to liability, then I'll review it. If you want to track my declarations, fine as well, but this version presented to me today is not acceptable. I can take a crack at it if you like.

8. Later that day, counsel responded as follows:

 . . . And, yes, if you are dissatisfied, although I maintain that ours are basically the cut and dry facts, then please present your own which I asked you yesterday and again this a.m. to reciprocate.

But as a practical matter, are you really challenging that a raid happened on certain date, that stuff was taken, that the stuff shown on the videos being thrown into garbage trucks was actually thrown into garbage trucks? I mean, c'mon Ernest. I'm not aware that you've ever denied such facts, and the only thing you have ever added to these largely indisputable facts are things like Madori's tent was in a tree, and that Chun called the campaign manager about the Gabbard sign. I understand that there may be some dispute about whether an item was tagged or not, but if you dispute that, we can easily remove those things. So, I had anticipated that you would look at our proposed stips and say you disagree with this paragraph, want to change this word, or want to add this circumstance. Frankly, while I realize that the facts are detrimental to your legal position, I do not see how stating such facts is self-serving.

9. As of the drafting of this statement, counsel has received no further correspondence from defense counsel and has not received the defense version of a

proposal of stipulated facts.  Plaintiffs do not understand the problem with their proposal as Plaintiffs cannot imagine that the defense will contest that a raid (or whatever word the defense would like to substitute) occurred on a certain day, that property was seized and/or destroyed, that it was not returned, or that a hearing was not provided to Plaintiffs.  Nevertheless, it appears at this time that the Defendants are not going to stipulate to any facts.

DATED:  Honolulu, Hawaii; May 6, 2013.

*s/Richard L. Holcomb*
Richard L. Holcomb 9177
Brian Brazier 9343

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>           Plaintiffs,<br>  vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and official capacity;<br>Trish Morikawa, in her personal and official capacity;<br>Larry Santos, in his personal and official capacity;<br>Ken Shimizu, in his personal and official capacity; and<br>John Does 1-50 in their personal and official capacities.<br><br>           Defendants. | CASE NO. 1:12-cv-000668<br><br>DECLARATION OF RICHARD L. HOLCOMB |

## **DECLARATION OF RICHARD L. HOLCOMB**

1. My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in Hawai'i. I am admitted to practice in this Court. I represent the Plaintiffs in the above-styled case.

2. I prepared the foregoing Statement. I believe that all factual averments in that document are true.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct.

DATED:  Honolulu, Hawaii, May 6, 2013.

<u>*s/Richard L. Holcomb*</u>____<br>
Richard L. Holcomb<br>
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>    Plaintiffs,<br><br> vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and official capacity;<br>Trish Morikawa, in her personal and official capacity;<br>Larry Santos, in his personal and official capacity;<br>Ken Shimizu, in his personal and official capacity; and<br>John Does 1-50 in their personal and official capacities.<br><br>    Defendants.<br>_____ | CASE NO. 1:12-cv-000668<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document via this Court's electronic filing system, upon the following:

Ernest Nomura
Dept. of Corp. Counsel
530 S. King St.
Room 110
Honolulu, HI 96813

DATED: Honolulu, Hawaii; May 6, 2013.

          _s/Richard L. Holcomb___
          Richard L. Holcomb
          Attorney for Plaintiffs