# HOLCOMB LAW, LLLC  A LIMITED LIABILITY LAW CORPORATION

Richard L. Holcomb, Esq.
Brian Brazier of Counsel
1136 Union Mall
Suite 808
Honolulu, HI 96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

May 6, 2013
*Via Facsimile (808) 541-1851*

Hon. J. Michael Seabright
Judge, U.S. District Court
300 Ala Moana Blvd., Rm. C-435
Honolulu, HI 96850

Re: De-Occupy Honolulu, et al. v. City and County of Honolulu, et al., Civil Case Number 12-00668 JMS/RLP

Dear Judge Seabright,

Based on discussions with defense counsel, Plaintiffs cannot anticipate the stipulation of the videotapes or other demonstrative evidence. Plaintiffs wish, therefore, amend their Witness List to include the following videographer/witnesses:

| | |
|---|---|
| Blade Wilson | .5 hours (re-direct); |
| Christopher Baker | .5 hours (re-direct); |
| Doug Matsuoka | .5 hours (re-direct) (this witness has been subpoenaed by the defense). |

Further, it appears that Defendants will not stipulate to the admission of video recordings. Although Plaintiffs have no doubt that the Court will diligently review the videos in chambers, it is Plaintiffs' belief that the videos must, nevertheless, be played in court. This would take a tremendous expenditure of time. Thus, Plaintiffs are requesting direction from the Court as to how the Court wishes Plaintiffs to proceed. One or both of Plaintiffs' counsel will make themselves available for a status conference if deemed appropriate by the Court.

If you have any questions or need further information, please contact me at (808) 545-4040.

Kindest Regards,

*s/ Richard L. Holcomb*

Richard Holcomb