# HOLCOMB LAW, LLLC A LIMITED LIABILITY LAW CORPORATION



Richard L. Holcomb, Esq.
Brian Brazier of Counsel
1136 Union Mall
Suite 808
Honolulu, HI 96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

May 31, 2013
*Via Facsimile (808) 541-1851*

Hon. J. Michael Seabright
Judge, U.S. District Court
300 Ala Moana Blvd., Rm. C-435
Honolulu, HI 96850

Re: De-Occupy Honolulu, et al. v. City and County of Honolulu, et al., Civil Case Number 12-00668 JMS/RLP

Dear Judge Seabright,

After much discussion regarding the stipulated Preliminary Injunction Order, the parties have one point of contention that they are unable to resolve. Specifically, Plaintiffs believe that the enforcement of the ordinance pursuant to the Order should not be limited to Thomas Square (particularly since Plaintiffs have been effectively evicted from Thomas Square by the City's placement of planters and temporary fencing around the area) while the City insists that the Order only apply to Thomas Square and, if a violation of the Order occurs outside of Thomas Square, Plaintiffs should amend their complaint.

The parties have both concluded that guidance from the Court is needed to resolve this issue, which is preventing the submission of the stipulation to Your Honor.

I would be available anytime this afternoon, Monday afternoon, or Wednesday morning before 10:30.

If you have any questions or need further information, please contact me at (808) 545-4040.

Kindest Regards,

s/*Richard L. Holcomb*

Richard Holcomb

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 18085411851 |
| FROM | Richard Holcomb |
| DATE | 2013-05-31 17:32:08 GMT |
| RE | De-Occupy v. City and County |

COVER MESSAGE