RICHARD L. HOLCOMB (HI Bar No. 9177)
BRIAN J. BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone:  (808) 545-4040
Facsimile:   (808) 356-1954
Email:       rholcomblaw@gmail.com
Email:       brianbrazier@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn;<br>Dominic James; and<br>John Does 1-50,<br><br>             Plaintiffs,<br><br>   vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and official capacity; Trish Morikawa, in her personal and official capacity; Larry Santos, in his personal and official capacity; Ken Shimizu, in his personal and official capacity; and John Does 1-50 in their personal and official capacities.<br><br>             Defendants. | CASE NO.   1:12-cv-000668<br><br>STIPULATED ORDER RE:<br>AMENDED COMPLAINT<br>AND ANSWER |

# STIPULATED ORDER RE:  AMENDED COMPLAINT AND ANSWER

The parties stipulate and the Court grants leave to file Plaintiffs' Third Amended Complaint, as contemplated by Order of this Court entered May 21, 2013 as Doc. 126, on or before June 24, 2013.  In the Third Amended Complaint, Plaintiffs may also specify damages and/or remove their demand for jury trial.  However, the Court reserves its ruling on whether it is proper to retract a demand for jury trial once it has been made.  Defendants' responsive pleading or motion is to be filed 30 days thereafter.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 6, 2013.

*s/Richard L. Holcomb*
Richard L. Holcomb
Brian Brazier

Attorneys for the Plaintiffs

/s/ Ernest H. Nomura
Ernest H. Nomura
Deputy Corporation Counsel

Attorney for the Defendants



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge