# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell; Christopher Smith;<br>Andrew Smith; Madori Rumpungworn;<br>Dominic James; and John Does 1-50,<br><br>  Plaintiffs,<br>vs.<br><br>City and County of Honolulu;<br>Westley Chun, in his personal and<br>official capacity;<br>Trish Morikawa, in her personal and<br>official capacity;<br>Larry Santos, in his personal and official<br>capacity;<br>Ken Shimizu, in his personal and<br>official capacity; and<br>John Does 1-50 in their personal and<br>official capacities.<br><br>  Defendants. | CASE NO. 1:12-cv-000668 JMS KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that the following documents in the case of DeOccupy et. at. v. City and County of Honolulu et. al. were hand delivered to the Defendants on November 6, 2013:

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ADMISSIONS FROM DEFENDANT KEN SHIMIZU

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ADMISSIONS FROM DEFENDANT TRISH MORIKAWA

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ADMISSIONS FROM DEFENDANT WESTLEY CHUN

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ADMISSIONS FROM DEFENDANT CITY AND COUNTY OF HONOLULU

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO DEFENDANT KEN SHIMIZU

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO DEFENDANT TRISH MORIKAWA

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO DEFENDANT WESTLEY CHUN

PLAINTIFF DE-OCCUPY HONOLULU'S FIRST REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF HONOLULU

Dated: Honolulu, Hawaii on November 6, 2013

_____
Brian Brazier
Attorney for Plaintiffs

cert service