RICHARD L HOLCOMB (HI Bar No. 9177)
BRIAN J BRAZIER (HI Bar No. 9343) (Of Counsel)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite # 808
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@gmail.com
Email:  brianbrazier@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| De-Occupy Honolulu;<br>Catherine Russell;<br>Christopher Smith;<br>Andrew Smith;<br>Madori Rumpungworn; and<br>John Does 1-50,<br><br>                    Plaintiffs,<br>     vs.<br><br>City and County of Honolulu;<br>Westley Chun;<br>Trish Morikawa;<br>Kenneth Shimizu; and<br>John Does 1-50 in their personal and<br>official capacities.<br><br>                    Defendants.<br>_____ | CASE NO.  1:12-cv-000668<br><br><br>STIPULATION TO DISMISS<br>DEFENDANT CITY AND COUNTY<br>OF HONOLULU WITH PREJUDICE |

**STIPULATION TO DISMISS**
**<u>DEFENDANT CITY AND COUNTY OF HONOLULU WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs DE-OCCUPY HONOLULU; CATHERINE RUSSELL; CHRISTOPHER SMITH; MADORI RUMPUNGWORN; and DOMINIC JAMES, by their attorneys, Richard L. Holcomb and Brian Brazier, and Defendant CITY AND COUNTY OF HONOLULU by its attorneys, the Department of the Corporation Counsel, Donna Y.L Leong, Corporation Counsel, Ernest H. Nomura, Dawn D.M. Spurlin, and Laura Yoshida, Deputies Corporation Counsel, consistent with the terms of settlement of this matter, stipulate to dismiss Defendant City and County of Honolulu with prejudice.

DATED:  Honolulu, Hawaii, July 25, 2014.

*/s/ Richard L. Holcomb*
_____
RICHARD L. HOLCOMB
BRIAN BRAZIER
Attorneys for Plaintiffs


DONNA Y.L. LEONG
Corporation Counsel

*/s/ Ernest H. Nomura*

ERNEST H. NOMURA
DAWN D.M. SPURLIN
LAURA YOSHIDA
Deputies Corporation Counsel
Attorneys for Defendants

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2014.



      /s/ J. Michael Seabright
      J. Michael Seabright
      United States District Judge

*De-Occupy Honolulu, et al. v. City & Cnty. of Honolulu, et al.*, Civ. No. 12-00668 JMS-KSC, Stipulation to Dismiss Defendant City and County of Honolulu With Prejudice