OWS3

11/2/12  Met w/ OWS, Sugar, Medoria, Kenneth, Chris, Andy –                    2 hours
           Discussed various incidents and reviewed videos including:
                First amendment cases
                The taking of untagged property (Medoria)
                Taking of meds (Kenneth)
                Reviewed subtitled video where Chris moved
                    His things to private property and Santos/Chun
                    Head of housing made him move it back out
                    Head of housing reviewed to "determine what's valuable"

                    Identified some defendants – Chun – Parks
                        Santos – HPD
                        Housing Dept. lady?

11/4/12  Reviewed e-mails from Sugar sent 11/2                                  .8 hours

           Included;  recent e-mail(s) (last one was 11/2) to Wes Chun
              re: Sugar's attempts to reclaim
              Her seized items and e-mails from prior attempts to reclaim
              Items, including 8/15 e-mail from Sato;
              Pics before and after raids showing tagged items
              Sugar's spreadsheet showing chronology and where
              Events occurred on videos as well as links to photos

11/7/12 Calls with Sugar – discussing potential raid tomorrow (advised to video and put important things in storage – said wall also tagged – Sugar not going to be there BW) and video of Medoria –

              ON TAGS EMPLOYEE AND ID NUMBERS – SUGAR SAYS WRONG EE FILLING OUT
              Looked at Medoria – no video but FEB. 15 shows Chris' tent thrown out
              Tagged a tree?                                  .2 hours

11/9/12 – calls with Sugar and Chris – discussing raid and possible inclusion in Complaint  .5 hours
              Reviewed Ordinance 10-26 upon which the City now supposedly relying

11/9/12 – Meeting with Sugar, Chris                                            1.5 hours
              Madori and Andy also there
              Discussed in great detail costs, fees, damages and how they are dispersed
                    Pursuant to law and contract
              Chris and Sugar want to donate proceeds to charity
                    Told them no taxes on compensatory damages
                        But on punitives there would be
              Decision made to deal only with Chris and Sugar for time being
                Contracts signed

11/9/12 – Reviewed videos of Sugar, Andy, Chris, and Madori –                  2.7 hours

**EXHIBIT SEVEN**

All from excel spreadsheet prepared by Sugar
With video links

11/9/12 - researched and reviewed the relationship betweencOrd. 10-26 and Bill 54.      .8 hours
        This was because Santos told them that would have property seized pursuant to
        10-26.  First we'd heard of this. Found that those bills constitute Sections 29-18 and 19.
        18 (Ord. 10-26) defines "pedestrian zones" on sidewalks.  However, with Bill 54 passage
        – property seizure provisions from Ordinance 10-26 were repealed.  So Bill 54/Chapter
        19 defines the property seizure process.         e-mailed findings to Sugar and Chris


11/10/12 – Researched Bill 54 and resulting ordinance – e-mailed detailed analysis      3.1
        To clients

11/12/12-Drafting Complaint                                                      4.7 hours
        Drafted facts for each event after reviewing evidence

11/12/12 – Draft Complaint                                                       5.5 hours
        Researched/Drafted counts –
        Researched/Drafted parties to include
        Drafted Jurisdiction

11/12/12 – Received/Reviewed updated spreadsheet from Sugar re: the incidents   .1 hours
        And supporting evidence

11/12-11/13 – e-mail thread regarding updated evidence spreadsheet and progress .1 hours
        Report to clients

11/13/12 – rec'd e-mail from Client asking progress/when filing                  .1 hours

11/14/13 – e-mailed client with progress report – probably not filing today but  .1 hours
        Meeting with Brian

11/14/14 – Meeting with Brian/review videos and select further incidents to allege .5 hours

11/15/12 – contact (e-mail and phone) Sugar/Chris –

regarding addition of Andy and Madori – also                                     .1 hours
        To set up a meeting to review complaint
        with all Plaintiffs

11/15/12 – Draft Complaint                                                       2.5 hours

11/15/12- *in forma pauperis* application review – sent to Sugar/Chris            .5 hours

11/15/12 – Revise print contracts – Madori/Andy                                   .3 hours

11/15/12 – Meet with Sugar regarding addition of Madori and Andy                  1 hour


**EXHIBIT SEVEN**

Delivered Contracts and first draft of complaint
So that plaintiffs could "fill in the blanks" of information
That I did not know

| | |
|---|---|
| 11/15/12 – Draft (research) PI/TRO memorandum | 2 hours |

11/15/12 – Telephone discussion with Andy – Andy leaving on Sunday due to   .2 hours
      Obtain employment here
      Discussed whether to leave him as a Plaintiff
      Decided to do so – will either try to have him
        Appear when necessary by phone or
        Video or will remove him by amendment
        If impossible to proceed

11/15/12 – 11/17/12 – got Pauper's Oath form and sent to Sugar/exchanged   .5 hours
      4 e-mails with Sugar re:  Indigent filing               NO CHARGE
      (I wrote three)

| | |
|---|---|
| 11/16/12- Draft (research) PI/TRO memorandum | 3.2 hours |
| 11/16/12-Telephone with Andy to review facts | .2 hours |

11/17/12 –    Reviewed Sugar's evidence                    .5 hours
      e-mailed Sugar regarding an e-mail chain with Wes Chun
      where Sugar tried to regain items being Incomplete

| | |
|---|---|
| 11/17/12 – Research/draft TRO/PI Memorandum | .8 hours |
| 11/17/12 – Draft Client Decs PI/TRO | 2.0 hours |
| 11/17/12 - Revise Complaint according to Decs | 2.2 hours |
| 11/17/12 – meet with Sugar/Andy – Andy signed document - | .8 hour |

        Retrieve revised complaint from Andy

| | |
|---|---|
| 11/20/12 – received a list of items seized from Sugar/reviewed | .3 hours |
| 11/20/12 – received biographical information from Sugar | .2 hours |

        For use in filings - reviewed

| | |
|---|---|
| 11/21/12 – Phone call with Chris Baker | .1 hour |

        Chris out filming anticipated raid
            Told him do not give advice or condone  conduct
            Simply observe
            Get an inventory of all tagged and non-tagged items
            Get video of the seizure

**EXHIBIT SEVEN**

Including the signs Plaintiffs holding
Get video of after
Comply with police orders (detaining behind tape)

11/21/12-Draft TRO/PI Memorandum                                          1.5 hours

11/21/12- Meet with Chris Baker – told me they roped him off to prevent videoing    .3 hours
                    Saw Chris Smith's untagged chairs destroyed
                    Saw Sugar with 5 tents, taken down and in carrying bags
                    One had been bought only the day before

11/22/12 – Finish first draft of TRO/PI Memorandum –                       3.8 hours

11/22/12 – e-mail to Brian with solicitation of Brian's opinion about adding    .2 hours
                    11/21 raid to complaint

11/28/12 – reviewed e-mail from Sugar – lists and summarizes 11/21/12 raid    .2 hours
                    To be added to Complaint

12/2/12 – e-mailed update to clients re: delay in filing – my schedule and the adding    .1 hours
                    Of 11/21                                                          NO CHARGE

12/4/12 – rec'd list of people from Sugar and their titles for addition to Complaint    .3 hours
                    Included Wes Chun, Santos, Kealoha, Morikawa and              NO Charge
                    Cabato – told Sugar we wouldn't add all yet (e-mail
                    Chain regarding who to add)

12/9/12 – Correct Complaint with Sugar's notes – add 11/21 incident        3.2 hours

12/9/12 – e-mail corrected Complaint to Sugar; review her return notes and make corrections
                    Email final to Brian                                        .5 hours

12/9/12 – Darko (paralegal) – Darko figured out how to put all online videos onto    3 hours
                    A disk so that it could be filed                            NO CHARGE

12/9/12 – e-mailed clients – back from San Fran.  Working on Complaint.  Listed    .2 hours
                    Outstanding info I'd requested but not rec'd:
                    Biographical info for Chris Smith and Madori
                    Baker Decl.
                    E-mailed Complaint draft – requested meeting with
                    Clients to approve

12/9/12 – Draft Sugar's Declaration – sent to Sugar                        1.2 hours

12/9/12 – Got e-mail from Sugar regarding corrections to Complaint.  Made those    .4 hours
                    Corrections – sent to Brian

**EXHIBIT SEVEN**

| | |
|---|---|
| 12/10/12 – instruct and assist Darko in adding Exhibits to Sugar's Declaration | .3 hours |
| 12/10/12 – Review Sugar's comments on Dec/Correct Sugar's Declaration/ add "lockbox" incident E-mailed to Sugar for signing | .8 hours |
| 12/10/12 – Draft Chris Smith's Declaration/e-mail Darko to add Exhibits | 1.2 hours |
| 12/10/12 – Draft Madori's Declaration/send to Madori | 1.0 hours |
| 12/11/12- Rec'd Brians edits to Complaint/Made Brian's Corrections to Complaint | 1.1 hours |
| 12/11/12 – e-mail from Sugar re:  Chris Smith's Declaration – made correction re: Number of pallets/also discussed scheduling for Dec signing | .1 hours |
| 12/11/12 – e-mail from Madori regarding biographical and that she lived in Thomas Square for 7 months | .1 hours |
| 12/11/12-meet with Chris Baker – Review CorrectBaker Declaration/Review Exhibits | 1.0 hours |
| 12/11/12- Compile Declaration Exhibits | .5 hours |
| 12/11/12 – Meet with Chris Smith – Consult/Review Declaration – further corrections To Dec – changed the sign | .8 hours |
| 12/11/12- Meet with Sugar – Consult/Review Declaration – Sign | .5 hours |
| 12/11/12 – Meet with Madori – Consult/Review Declaration/Correct/Sign | 1.0 hours |
| 12/11/12 – Review/Correct PI Memorandum/Draft TRO Motion/Compile Exhibits | .8 hours |
| 12/11/12 – Print/Compile Papers/exhibits to be copied | 1.5 hours |
| 12/12/12 – Copying/Organizing papers for filing | 1.5 hours |
| 12/12/12 – Review Copies | .2 hours |
| 12/12/12 – Discuss vidoe disks with Chris Baker | .1 hours |
| 12/12/12 – TOC/TOA for PI | .5 hour |
| 12/12/12-Place disks in PI (tape and bind) | 1.5 hours |
| 12/12/12-File suit | .6 hours |
| 12/13/12 – Status Conference | .8 hours |
| 12/13/12 – Discussion with Scott Dodd and Brian Black re: TRO | .2 hours |

**EXHIBIT SEVEN**

12/13/12 – Draft proposed TRO agreement; Discuss with Clients                                    1.0 hours

12/13/12 – Telephone discussion with Scott and Brian Bl. regarding proposed TRO        .2 hours

       Sent over draft TRO agreement – discussed line by line

12/13/12 – Telephone discussion with Brian Brazier about negotiations and

         Covering in the a.m./Send e-mail summarizing negot.        .8 hours

12/14/12 – Revised TRO agreement review; propose language;  discussions with           2.5 hours

       City attorneys, Brian, Clients; review last revision; draft letter

       To Judge Seabright, submit agreement

12/14/12 – Call from Nora – asked to draft proposed order; draft proposed order and    .5 hours

       Submit for City Review

12/14/12 – Call from Scott Dodd – said City did not agree to have "agreement" entered  .8 hours
       As an Order; Discuss with Brian;

12/14/12    Draft 2nd letter to Judge Seabright requested TRO hearing in light of  .3 hours
       City will now not agree to Order being entered as discussed

12/14/12 – emailed Clients telling them that at 530 p.m., the City waited to tell me they  .2 hours
       Would not agree to have the agreed TRO entered as an Order

12/16/12 – email from Clients regarding status of agreement -                              .1 hours

12/17/12 – Emergency Status Conference – City agreed on the record that the            .8 hours
       TRO agreement would be enforceable against it

12/17/12 – E-mail from Clients re: what have we heard from the Judge re:  TRO          .2 hours
       e-mailed back explaining the City agreed on the record that
       the agreement would be enforceable against it

12/17/12 – Reviewed Agreement/Brian's e-mail to Ernest.  Informed Ernest and          .3 hours
       Brian that with Brian's proposed changes, I am comfortable
       With agreement

12/18/12 – Reviewed final version of agreement – gave consent to sign                    .2 hours

12/18/12 – Sugar sent me a press release that De-Occupy apparently distributed –        .1 hours
       Reviewed it and per Sugar's request,

12.18.12 – Sugar requested copy of filed lawsuit/several e-mails                          .3 hours
       In string – told her this was not a TRO but an                    NO CHARGE

**EXHIBIT SEVEN**

Agreement – clarified if wanted filed Complaint and
Told her TRO agreement had not been filed yet;
sent her copy of filed Compl./sent her case no.

12/19/12 – reviewed filed agreed Order – e-mailed to clients asking them to          .2 hours
          Document any violations

12/19/12 – Call from Sugar – regarding the City being out tagging items          .1 hours
          Several calls back as to what to look for

12/19/12 – Download, print, scan Order/Schedule Chris Baker to be at raid tomorrow    .5 hours
          Call to Brian/Send Order to Plaintiffs, Chris B., Brian

12/20/12 – e-mail from Chris Smith – they were able to film the City's raid.  Got pics    .1 hours
          Showing tents swapped out.  Confirmed Chris Baker was there
          Photographing

12/20/12 – emails with Sugar – she is going through the videos of today's raid.  She    .1 hours
          Says Wes Chun no longer works with City – she is still trying
          To get items back from 11/21 raid and they are giving her the
          Run around – asked me to help her.  Sugar was not present at
          12/20 raid

12/20/12 (and one from 12/21/12) – seeking clarification of spreadsheet and vids    .3
          I was confused by Exhibits                                               NO CHARGE

12/20/12 – Reviewed Sugar's spreadsheet and attached videos with list of violations at  .5 hours
          12/20 raid

12/20/12 – Conference with Sugar, Chris Baker and Chris Smith, Reviewed Videos;      1.2 hours

12/20/12 -  Draft, compile Declarations for Motion for Sanctions                     2.8 hours

12/21/12 – got pics from Chris Baker/Reviewed/Discussed what happened                .7 hours

12/21/12 – Draft motion for Sanctions/Filed Motion for Sanctions with exhibits       1.2  hour

12/21/12 – Status hearing called by Judge Seabright                                  .5 hours

12/21/14 – calendared dates from Doc. 21                                             .2 hours

12/21/12 – e-mailed clients re: filing of Motion for Sanctions and told them not to  .1 hours
          Interfere with the City – especially Chris Smith

**8.2**

12/21/12 – e-mailed to ask clients about Doug's availability on the 10th          .1 hours

**EXHIBIT SEVEN**

12/21/12 – discussed with Ernest (in Judge Seabright's courtroom)                .2 hours
      dates Wes Chun will be out of town/
      He is to provide prelim. Injunction dec before the depo
      Rec'd confirming e-mail from Ernest (12/22)

12/31/12 – discussion with Chris Baker – found out he had not filed videos
      Found out (for the first time) that he was also unavailable          .3 hours

1/1/13 – discussion with Chris Baker and Brian – to see whether to request continuance  .5 hours
      Reviewed declarations and vids.
      Reviewed Chris B's captions for Decs

1/2/13 – talked to Ernest – no objection to continuance                          .1 hours
                                                                            NO CHARGE

1/2/13 – drafted/sent letter to Judge Seabright requesting a continuance due to    .2 hours
      Baker's unavailability                                               NO CHARGE

1/3/13 – reviewed Ernest's letter to Judge Seabright re:  scheduling issue (above)  .1 hours
                                                                            NO CHARGE

1/4/13 – got new schedule (Doc. 29)                                               .1 hours
                                                                            NO CHARGE

1/4/13 – e-mail to Chris Smith re: scheduling.  All witnesses must be present 1/17  .1 hours
      Asked Chris to confirm with Doug and other witnesses

1/7/13 – Got/reviewed 2 Michael Tada's statement from Sugar re: 2/15 raid          .2 hours
                                                                            NO CHARGE

1/7/13 – Reviewed e-mails between Sugar and Ken Shimizu re: who to call            .1 hours
      To return property now that Wes Chun is gone – forwarded
      To Brian

1/7/13 – Spoke with Sugar regarding when and where to appear in Court             .1 hours

1/9/13 -  Arranged meeting with Ernest to discuss exhibits, testimony, etc. as directed  .3 hours
      By courts /Ernest said he had not received our discs of videos –
      Discussed with Darko (who said he had delivered them) – told Ernest
      I thought we'd mailed them to him already.  – will remail them – Ernest
      Replied that he found the disks that were mailed

1/10/13 – Meeting with Ernest regarding discussion of evidence for               .5 hours
      Hearing 1/17/13 and per Judge Seabright's Order
**2.2**

1/10/13 – Meeting with Brian – discussing the meeting; bluffing; coordinating meeting  .8 hours
      With Plaintiffs and witnesses to refine Declarations; Discuss with

**EXHIBIT SEVEN**

Chris Smith, Dominique James owner of blue tent; Talk to Doug Matsuoka And Dominique James regarding Declarations and availability

1/10/13 – Preparation of Declarations of Chris Smith, Dominique James, and Doug Matsuoka ... 1.6 hour

1/10/13 – Meeting With De-Occupy members and witnesses to prepare Declarations ... .8 hours

1/11/13 – Preparation of Letter to Judge Seabright – scan and file Declarations
Re: update on discussions re: testimony and exhibits, etc.
Req. leave to file Chris Baker's Declaration late  [Doc. 32] ... .5 hours

1/11/13 – Preparation/filing of addendum letter to Judge Seabright ... .2 hours

1/11/13 – Review Defendant's Response to Motion for Sanctions ... .8 hours
Investigate allegation that tent poles were glued together (review vids)

1/11/13 – talk to Chris Smith – Dominique James – tent poles were not glued together ... .1 hours

1/11/13 – Revise Chris Baker Declaration/Discuss with Chris ... .8 hours

1/11/3 – Draft Reply to Defendant's Response to Motion for Sanctions ... 5.5 hours

1/11/13 – forwarded Draft of Decs to Brian – discussed with Brian (edits) ... .4 hours

1/11/13 – drafted sent letter to Judge Seabright re: "paint can" Exhibit ... .1 hours
NO CHARGE

1/14/13 – Prepare Exhibit List/Witness List/ ... .7 hours

1/14/13 - Declaration of Direct for Chris Baker/send to Court and Ernest ... 1.8 hours

1/14/13 – File Exhibits Doc. 37 – discussed with Ernest – he says thinks the Court wants ... .4 hours
The exhibits filed separately

1/14/13 – File Exhibit List/Witness List ... .1 hours

1/14/13 – Got minute entry from Judge Seabright – try to find original tag with paint can ... .7 hours
NO CHARGE

1/15/13- Review Phone Records/Discuss with Chris Smith ... .2 hours

1/15/13 – Draft Chris Smith Supplemental Declaration/Meet with Chris for review ... 1.5 hours
And signing/File Supplemental Declaration
Phone Records

**16.2**

1/15/14 – Download/Save/File Declarations       Doc. 41 ... .3 hours

**EXHIBIT SEVEN**

1/15/14 – File Phone Recs as supplemental exhibit Doc. 43                           .2 hours

1/15/14 – Obtain/Review Decs of Sato and Sugihara filed by Ernest                   .5 hours

1/16/13 – Print/Copy Documents required to be submitted to Court/ Notebooks1        3.5 hours
                 With Exhibits per Court's instruction/Find original "Paint Can"
                 Notice

1/16/13 – Prepare Notebooks as required by Court                                    .5 hours

1/16/13 – Meet with Chris Baker – Review Testimony/Review sm card with pics         1.5 hours

1/17/13 – Meet with clients = discuss testifying                                    .5 hours

1/17/13 - Hearing on Motion for Sanctions                                          2 hours

1/18/13 – Discuss return of property as ordered by Court with clients               .2 hours

1/19/13 – Call from Sugar re:  return of property – clients borrowing van and       .1 hours
                 All going together/ Ernest told clients to have me coordinate

1/21/13 – exchange e-mails with Ernest regarding return of property 1/22/13         .5 hours
                 Ernest asked for times can come out.
                 Also says that Plaintiffs must take everything on
                     One tag or bin number and take only what they own
                 P's Primary concern is that the City labels the notices so if
                     They put stuff in a bin that does not belong to P's
                     Then it's the City's fault
                 Ernest says the problem is our clients are "intermingling" items to get
                     a technical violation of the Stip which is ridiculous
                 Told him the problem is the inconsistent rules the City arbitrarily
                     raising without authority to do so
                 Also complained about waiting unreasonably when stip says
                     "immediately."  Ernest said "I really don't see the
                     concept of the time value of money being applicable
                     to your clients"
                 Wrote back that I didn't think it was appropriate for him to indicate
                     A willingness to inconvenience my clients and that my
                     Investigator would be there and billing
                 Clients to be there at 1

1/22/13 – Ernest's last e-mail says that I am supposed to, for some reason, give him     .2 hours
                 a list of preferential times – wrote him back requesting
                 that he inform us whether the City is willing to devote appropriate
**10.0**
                 resources to comply with order  - Also requested to meet

1/22/13 – Discussed the City's newly erected obstacles to return of property with Brian   .4 hours

**EXHIBIT SEVEN**

1/23/13 – meet with Brian (discuss what is acceptable and unacceptable) then with          1 hour
                  Laura and Ernest regarding Judge's Order return of property

1/23/13 – Review Ernest's submission of Order and letter- submitted with added
                  language than what we'd agreed and w/out notice to us          .3 hours

1/23/13 – Discussed Ernest's submission with Brian – determined Brian would draft          .5 hours
                  Order and Letter in response tonight

1/24/13 – Reviewed Brian's letter and reviewed his proposed order in response to          .2 hours
                  Ernest's submission

1/24/13 – Download/review court's order          .2 hours

1/24/13 – Discussed with Brian, Brian's research re: 5 days to respond to contested          .3 hours
                  Order (we were given 0).  However, decided not to proceed because
                  Judge Seabright specifically held that the return process was
                  Deficient and the City had to fix it

1/25/13 – Review e-mailed letter from Ernest outlining City's new retrieval procedure.          .4 hours
                  This is a marked difference that Sato's testimony as to existing
                  Retrieval procedure

1/25/13 – Advise clients as to the new letter and victory.          .1 hours

1/25/13 – Review Hand-delivered letter regarding return of property – sign, scan          .2 hours

1/25/13 – Review Filing of Letter re: change in possession filed with Ct. Doc. 50          .1 hours

1/26/13 – Meet with Chris Baker regarding Retrieval of Property (Dominique's tent          .7 hours
                  Was damaged)/Review Video/Discuss with Chris
                  Actions of City and of Plaintiffs – City accommodating
                  Our witnesses and clients were well-behaved but one
                  Loudmouth had attended – unsure who that was

1/29/13 – Prepare Motion to Reconsider/Review previous filings to cite and review video          2 hours
                  To included times – prepare declarations

1/29/13 – Try to track down Dominic – to sign Declaration (e-mails/phone calls)          .2 hour

1/29/13 – Meet with Dominic and Sugar – Dominic signed Declarations/Sugar identified          .8 hou
                  Potential witnesses (Milani and ? – at the Victoria side
                  Of Thomas Square – used to be active in De-Occupy

**7.4**

                  But not any more – and apparently threatened by
                  Supervisor who tagged today) – Instructed Sugar to document

**EXHIBIT SEVEN**

NOT cause problems, offer commentary or confront anyone
Much of property has been removed to private property

1/29/13 – File Motion to Recon.  Prepare copies for Court; Download vids to disc and prepare      1.5 hou
Documents for manual filing

1/29/13 – download Motion to Recon. Send to clients                                                .1 hour

1/29/13 – Discussed retrieval procedure with Ernest/Brian                                          .1 hour

1/29/13 – Discussed with clients the outcome of Motion for Sanctions – told them                   .2 hour
The City will now give stuff back next day and have 3 people
Responsible with a dedicated line

1/30/13 – Reviewed Order re:  Mtn. Reconsider                                                      .2 hours

1/30/13 – Discuss Order with Brian and strategy to amend complaint to include Dom                  .5 hours

1/30/13 – Discuss raids with Sugar                                                                 .8 hours
1/30/13 – Polish couples' chair destroyed
Don't speak English
No video
Police officer would not let Sugar
Video despite no barrier – but relented
Second raid – took a tent that had not been tagged
Tent was blue and other blue ones were taken
Tried to take stuff in a tent – but Sugar demanded it
And City relented

1/30/13 – Discussed raids with Brian –                                                             .5 hours
Decided no motion for sanctions.  Polish couple don't speak
English and are not part of De-Occupy
City and police relented and complied when Sugar
Insisted
And, proof issues with blue tent because other
Blue tents were taken
Conclusion – chance of any relief are far outweighed by
Chance of inciting Judge Seabright

1/30/13- e-mailed Plaintiffs regarding our decision and the reasons why                            .1 hours

1/30/13 – download, review Order re:  Mtn. Reconsider                                              .2 hours

1/30/13 – exchanged e-mails with Sugar regarding decision not to file for sanctions                .2 hours
**4.4**

Sugar insists on Motion for Sanctions

**EXHIBIT SEVEN**

| | |
|---|---|
| 1/31/13 – discussed e-mails with Sugar with Brian | .2 hours |
| 1/31/13 – Spoke with Chris Smith – who agrees with Brian and my strategy – Got permission from Dominic to amend complaint And add him as a Plaintiff while on phone with Chris | .2 hours |
| 1/31/13 – e-mail exchange with Madori who also agrees with our decision | .1 hours |
| 1/31/13 – Draft amended Complaint | 1 hour |
| 1/31/13 – Reviewed Transcript of 12/21 hearing I had ordered - | .5 hours NO CHARGE |
| 2/5/13 – Review PI | .5 hours |
| 2/5/13 – Status Conference – called by Court Ordered to file superseding PI to address facial challenge Said specifically we could incorporate old into new [Doc. 72, p. 9 of 13] | .5 hours |
| 2/5/13 – Discuss Superseding PI and Complaint Amendment with Brian Split work – Brian to handle 1A – me due process Discussed organization and substantive content Including what challenges to raise and What had been included in prior PI | .5 hours |
| 2/6/13 – Research/Draft superseding PI – Incorporated old pursuant to Court's specific permission the Day before | 6.2 hours |
| Delivery Superseding PI to court (Darko was injured) | .5 hour |
| 2/8/13 – Forwarded PI Supplement to Clients | .1 hours |
| 2/9/13 – Download/Review Motion to Dismiss | .6 hours |
| 2/10/13 – Reviewed e-mail from Sugar re:  PTSD and her reaction to raids | .1 hours |
| 2/11/13 – Spoke with Chris about serving Chun – informed Clients | .1 hours |
| 2/13//13 – Call from Bernadette Aurio re: Court's rescheduling of March 12 date | .1 hours |
| 2/13/13 – Spoke with Ernest re: request for oppositions to also be delayed | .1 hours |
| **10.8** | |
| 2/15/13 – Confer w/ Ernest via e-mail – parties agree to abide with TRO terms during | .1 hours |

**EXHIBIT SEVEN**

Time in which PI hearing was extended by Court

| | |
|---|---|
| 2/20/13 – received word from the Court that the PI hearing was moved to 3/27 Informed clients | .1 hours |
| 2/20/13 – download review Supplement to Motion to Dismiss | .1 hours |
| 2/20/13 – rec'd e-mail from Ernest's assistant.  Downloaded docs/same as  Pacer (?) Unsure why it was sent | .1 hours |
| 2/20/13 – drafted/sent e-mail to clients with City's MTD (and supplement) attached and explained.  The process/what MTD meant, etc. | .2 hours |
| 2/21/13 – rec'd e-mail from Chris Smith thanking me for keeping clients updated hours | .1 |
| | NO CHARGE |
| 2/21/13 – Notice of Hearing filed by the Court (re: Court moving PI hearing) – make sure on calendar | .1 hours |
| 2/22/13 Edit/Research Draft  Response to Motion to Dismiss (Brian handled 1a claims and torts – I handled Due Process , 4th, takings) | 7.1 hours |
| 2/23/13 – Review Defendants' Response to superseding PI | .9 hour |
| 2/25/13 – Deliver Response to Motion to Dismiss to Court Paralegal Rate | .5 hours |
| 2/25/13 – Draft Reply to Defendants' Response to PI | 4 hours |
| 2/26/13 – Draft Reply to Defendants' Response to PI | 3.5 hours |
| 2/27/13 – Conversation with Brian about Reply Left First Amendment to Brian And asked that he compare the response and Reply To ensure everything addressed | .1 hours |
| 2/27/13 – Draft Amended Complaint | 2.3 hours |
| 2/28/13 – Exchange texts with Sugar about yesterday's texts and why the newspaper Said they were "cited" | .1 hours |
| 2/28/13 – Got e-mail from Sugar re:  her income (requested for use in Decs, etc) and The tent in the tree (can't confirm or deny – part of the video didn't go through because of "internet interference") Forwarded to Brian | .1 hours |

**19.3**

**EXHIBIT SEVEN**

2/28/13 – Draft e-mail and send City's response to Plaintiffs that were filed.  Preparing          .3 hours
        For PI hearing – asked about Morikawa's Dec.
        Specifically facts such as Madori's tent being in a tree
        Also informed them of what was going to happen
        Leading up to PI Hearing and asked they be available.

2/28/13 – e-mailed our response to MTD to Plaintiffs                                               .1 hours
2/28/13 – Read "Our View" article from Star Advertiser – sent to Plaintiffs and Brian             .2 hours
        Spoke with Brian about it

3/1/13 – Final edits to Reply                                                                      .4 hours

3/1/13 – File Reply                                                                                .1 hours

3/1/13 – File Amended Complaint  [Doc. 67]                                                         .1 hours

3/1/13 – Download/Review Defendants' Reply [Doc. 65]                                               .4 hours

3/3/13 – e-mail from Sugar re:  Dom's income and reason at DeOccupy                                .1 hours

3/5/13 – Exchange texts with Sugar about recent tagging and anticipated raid                       .1 hours

3/6/13 – Review Defendant's Statement re: PI and Mtn. Dismiss                                      .2 hours
        Wants to moot all pending motions

3/6/13 – Talk to Brian about Defendants' request to moot motions                                   .2 hours

3/6/13 – Review Minute Entry from Judge Seabright re: Defendants' Statement                        .1 hours

3/7/13-Talk to Brian about Statement to Judge Seabright about re-briefing                          .2 hours

3/7/13 – Exchange texts with Sugar today's raid/ set up meeting to sign                            .2 hours
        Declarations tomorrow (Brian to meet)
        No action to be taken, however, apparently Sugar
        Got caught putting tags on police car

3/7/13 – Revise/Edit Statement to Judge Seabright                                                  .5 hours

3/7/13 – File Statement                                                                            .1 hours

3/7/13 – Draft/Revise Declarations for PI hearing –                                                5.5 hours
        I did Chris Smith, Dominic's, Madori's, Blade Wilson, Doug's
        Brian to do Sugar's and something eles

3/8/13 – Status Conference – requested by Ernest                                                   .3 hours
        Admonished about: failing to amend the PI when told to;
**9.2**
        Incorporating the old PI into the Amended PI; and incorporating

**EXHIBIT SEVEN**

Video into the Amended Complaint – Specifically told I could do that
At 2/5 hearing – Judge says he made it clear I shouldn't do that (?)

As for the first two, minute entry is clearly permissive;
And transcript of February Status Conference (which was
Ordered expedited) plainly states that "you may incorporate
What you want" –

Nevertheless, PI Motion was Denied without prejudice and
Leave for Second Amended Complaint added

Ernest also admonished for calling Plaintiffs a "mixed bag of
Self-absorbed social protestors, recent Mainland transplants
Who have seen fit to pitch their tents invoking King
Kamehameha's law, etc. etc. – said it hurts Ernest's reputation

| | |
|---|---|
| 3/11/13 – Scheduling Conference Statement/draft/file | .4 hours |
| 3/12/13 – Review Exhibits Second Amended Complaint | 1 hour |
| 3/12/13 – Reviewed Bell v. Boise – Idaho Dist. Ct. Complaint in 9th Cir. – rec'd from Sugar | .3 hours NO CHARGE |
| 3/13/13 – reviewed lengthy e-mail from Sugar – described what she witnessed on 1/29, 2/15, and 3/12 – replied that I'd put 1/29 and 2/15 in Dec But did not want to open can of worms for 3/12 | .2 hours Reduced to 1/2 |
| 3/13/13 – drafted/sent letter to Judge Seabright re: March 8 admonishment | .6 hours NO CHARGE |
| 3/14/13 – Draft Second Amended Complaint pursuant to Judge Seabright's Order Adding Dominic/Shimizu – responding to MTD and other concerns | 4.2 hours |
| 3/14/13 – Reviewed video e-mailed by Sugar – De-Occupy member being arrested For no reason | .5 hours NO CHARGE |
| 3/15/13 – Review/Revise/FileAmended Complaint- | .5 hours |
| 3/18/13 – Scheduling Conference | .5 hours |
| 3/18/13 – Draft Motion to Leave/File Second Amended Complaint (did not go through on Pacer) | 1.5 hours NO CHARGE |
| 3/18/13 – Order re: Leave granted (reviewed) | .1 hours |
| **6.8** | NO CHARGE |

**EXHIBIT SEVEN**

| | |
|---|---|
| 3/18/13 – Filed 2d Amended Complaint | .2 hours<br>NO CHARGE |
| 3/18/13 – Manual Submission of DVD's – compile and copy | 1.8 hours<br>NO CHARGE |
| 3/18/13 – e-mailed courtesy copy to Ernest because didn't go through on Pacer | .1 hours<br>NO CHARGE |
| 3/18/13 – Condense and Combine PI per Court Order | 3.5 hours |
| 3/20/13 – download scheduling Order – Review | .2 hours |
| 3/29/13 – reviewed e-mail from Sugar re: cost of items seized<br>       Itemized by date of seizure | .2 hours |
| 4/1/13 – Download Review Denfendants' revised MTD | .4 hours |
| 4/1/13 – Final edits to Condensed Combined PI Order | .6 hours |
| 4/1/13 – File Condensed Combined PI Order | .2 hours |
| 4/2/13 – Minute Entry – Hearing on Motion set – Make sure in Calendar | .1 hours |
| 4/2/13 – Reviewed Transcript of 3/8 proceedings<br>       Identified inconsistency with 2/5 transcript<br>       Specifically told on 2/5 that I could incorporate PI as applied | .5 hours |
| 4/2/13 – Reviewed 1/17/13 Transcript | .2 hours |
| 4/4/13 – got amended summons as to Shimizu | .1 hours |
| 4/5/13 – manually filing of DVD | .5 hours<br>NO CHARGE |
| 4/13/13 – Draft Response to Defendants' revised MTD (relied heavily on previous<br>       Response thus shorter time period) | 2.8 hours |
| 4/13/13 – reviewed video sent by Sugar of raid on 4/10/14 where City violated<br>       Agreed Order repeatedly | .5 hours<br>NO CHARGE |
| 4/15/13 – Final Edit Response | 1.2 hours |
| 4/15/13 – File Response | .1 hours |
| 4/15/13 – Review Ernest's Memo in Opp and attachments (Decs appear same) | .7 hours |

**12.9**

**EXHIBIT SEVEN**

4/18/13 – Review Minute Entry re:  Passage of Bill 7 – Court wondering if PI is moot        .1 hours

4/18/13 – Discuss mootness issue with Brian        .3 hours

4/18/13 – Research mootness issue        .8 hours

4/21/13 – E-mail from Sugar – she is moving to Hilo but will be back for 17th        .3 hours
                 Available to sign docs.  Discussed implications with Brian

4/22/13 – Status Conference held at Court's request – Bill 7 does not render Bill 54        .4 hours
                 Inj. Relief moot

4/24/13 – Rec'd e-mail from Sugar – they moved across King by Blaisdale.  After        .6 hours
                 Erection of Planters, difficult to stay out of park/Discussed
                 With Brian/clients – specifically effect of Agreed Order

4/25/13 – Continued discussion about camp move/Sugar leaving with Sugar and Brian        .3 hours
                 Also, there was a raid where medications were taken
                 Additional chain of e-mails

4/27/13 – Review Defendants' Reply        .5 hours

4/27/13 – Draft Reply to Opposition to PI        2.3 hours

4/28/13 – Discussed with Brian the time needed for each witness (PI Hearing)        .3 hours

4/29/13 – Drafted/Sent letter to Judge Seabright re: time needed        .5 hours

4/29/14 – Downloaded/Reviewd Ernest's new filing [Doc.94]        .2 hours

4/29/14 – Final edits to Reply    {Doc. 95}        1 hour

4/29/14 – File Reply        .1 hours

4/29/14 – Prepared Exhibit List  [Doc. 96]        .5 hours

4/29/14 – Filed Exhibit List        .1 hours

5/2/13 – Discuss stip facts with Brian        .2 horus

5/2/13 – Draft proposed stip facts        3.2 hours

5/2/13 – Received letter from Ernest dated April 30 – lists multiple "?'s"
               – e-mailed him telling him that I believe we can        .3 hours
               Stipulate to many facts/and that I was working on it
               Told him it was our intent to dismiss Andy Smith and Santos

**12.0**

**EXHIBIT SEVEN**

Needed time to look into legal implications

5/2/13 – Reviewed Letter to Judge Seabright from Ernest "updating" times spent                    .1 hours
        On witnesses – says he will take an hour on Doug (?)

5/3/13 – Review Defendants' letter re: witnesses                    .2 hours

5/3/13 – Finish proposed stip facts /sent to Ernest                    .7 hours

5/3/13 – E-mail form Ernest stating that my response to his letter April 30 was                    .3 hours
        "not helpful at all" – says will not wait until "dust settles to dismiss
        Santos and Andy – says that he will ask for sanctions if Shimiziu
        Is there but is not cross-examined – says I should have to cross
        Chun by deposition – wants to know who is Ano Puchalski

        Responded as follows:

            think it is reasonable for me to ask you to wait until at least after these direct declarations are done to dismiss Santos- which there was certainly a basis to name until the City took a position that he played no role in this action. Further, he made an admission that my clients will testify to.  But if you would only have him come to say that he nor the HPD played a role in these raids, then I don't need to cross him, don't think he would be material, and as I've told you, intend to dismiss him as a defendant. I see no way that he could possibly incur fees or costs under these circumstances so send what you want. As to Chun, you told me that he would not be available in March. I agreed to a deposition for that purpose. Last week, you told Judge seabright he may be deployed and you now MAY want to depose him. I have no control over the fact that you waited this long. And it is not reasonable to expect me to rearrange my entire schedule, much of which can't be rearranged, at a moments notice to convenience your witness. Further, my response asked you for dates so I could check availability.  If you submit a direct dec, I am entitled to cross him. If not the judge said it would not be considered. As for Shimizu, again he is your potential witness. If you want to submit a direct declaration, he must be available for cross. So if you want to save some purported costs in having him available for cross examination, then don't try to elicit him for direct. I haven't even seen your direct decs and have no idea nor could i know. what I may or may not ask any of the witnesses.

5/3/13 – Another e-mail from Ernest saying "I think we are making progress"                    .2 hours
        Says Shimizu's Direct Dec is same as that for sanctions
**1.5**

**EXHIBIT SEVEN**

Says he will submit Santos declaration
Can we dismiss Andy Smith?
Says he has no control over Chun's "international travel
schedule" – and it is somehow my fault for Chun's unavailability
Because I dared amend the Complaint

Replied back giving Ernest several dates for Chun to be deposed
For cross examination

5/3/13 – E-mail from Ernest saying after the 1st sentence would not agree to stip facts    .1 hours
    Doesn't like the word "raid"

5/3/13 – Wrote Ernest back asking if the e-mail was intended to mean that the City    .1 hours
    Would not make a good faith effort to identify specific objections/

5/3/13 – e-mail from Ernest saying the City was "trying" to review stip facts    ,1 hours
    Said we had simply copied self-serving declarations

5/3/13 – wrote Ernest back observing that many of the stipulations are derived or    .1 hours
    Supported from City's Decs.  Also, states if he doesn't
    Like the word "raid," I'm certain we could resolve that

5/3/13 – e-mail from Ernest saying the City simply would not agree to Stips    .1 hours
    Says the facts make him admit to liability – offered to
    Try to take a "crack at it"  Says it is "self-serving" –
    An e-mail also saying he will get back to me with Chun dates

5/3/13 – spoke with Ernest – asked him to reciprocate with stip facts    .1 hours

5/4/13 – Wrote Ernest e-mail back saying:    .2 hours

And, yes, if you are dissatisfied, although I maintain that ours are
basically the cut and dry facts, then please present your own which I
asked you yesterday and again this a.m. to reciprocate.

But as a practical matter, are you really challenging that a raid
happened on certain date, that stuff was taken, that the stuff shown on
the videos being thrown into garbage trucks was actually thrown into
garbage trucks? I mean, c'mon Ernest. I'm not aware that you've ever
denied such facts, and the only thing you have ever added to these
largely indisputable facts are things like Madori's tent was in a tree, and
that Chun called the campaign manager about the Gabbard sign. I
understand that there may be some dispute about whether an item was
tagged or not, but if you dispute that, we can easily remove those
things. So, I had anticipated that you would look at our proposed stips
and say you disagree with this paragraph, want to change this word, or
want to add this circumstance. Frankly, while I realize that the facts are

.8

**EXHIBIT SEVEN**

detrimental to your legal position, I do not see how stating such facts is
self-serving.

| | |
|---|---|
| 5/5/13 – Drafted Stip Fact Statement/Holcomb Declaration<br>           Copied e-mails | .4 hours |
| 5/6/13 – Refile Declarations in Anticipation of Hearing | .5 hours |
| 5/6/13 – Sent Chris Smith his Declaration via e-mail saying I need it today<br>           And asking him to verify the accuracy of information in Dec | .5 hours |
| 5/6/13 – Filed Statement re:  Stip Facts | .1 hours |
| 5/6/13 – Draft/Send Letter to Judge Seabright<br>           City refuses to stipulate to even the authenticity of videos<br>           So asked to supplement witness list and estimated times<br>           To include videographers | .5 hours |
| 5/7/13 – Reviewed Ernest's letter to Judge Seabright – misstates discussions re:<br>           stipulations | .5 hours |
| 5/6/13 – Reviewed Ernest's filing of Decs [Doc. 109] | .3 horus |
| 5/7/13 – Draft/Send Letter to Judge Seabright<br>           Responds to Ernest's letters allegations with specific quotation<br>           From e-mails<br>           Also observes that Ernest did not supply City's Direct Dec., added<br>           Kimi Caswell, and did not specify portions of video to be played | .8 hours |
| 5/8/13 – Received call from Court wondering what 5/7/13 letter was about<br>           Apparently, Ernest sent me the letter on 5/7 but not the Court<br>           e-mailed the Court the letter I received from Ernest's<br>           assistant, explaining that my letter was in response to<br>           Ernest's that he apparently did not sent | .2 hours |
| 5/9/13 – obtained and filed "physically signed" Declarations as directed by Court | .2 hours<br>NO CHARGE |
| 5/9/13 – reviewed Declaration of Pamela Witty-Oakland [Doc. 118] | .1 hours |
| 5/9/13 – Discussed Declaration with Brian | .1 hours |
| 5/10/13 – Status Conference with Judge Seabright<br>           City to agree to PI Order<br>           No evidence required on 17th<br>           Court "concerned" with the assessment of fees and costs | .6 hours |

**4.6**

**EXHIBIT SEVEN**

With no hearing being provided

| | |
|---|---|
| 5/15/13 – Reviewed Supplemental Memo filed by Defendants | .3 hours |

5/15/13 – E-mail from Brian re:  Sugar wants to do press release – did not receive releas .1 hours

5/15/13 – Drafted proposed PI Order – verbatim from TRO and letter re: retrieval               .4 hours
                Process/ e-mailed to Ernest

5/15/13 – e-mails with Ernest re:  timing of submission of Order and that he                        .1 hours
                Had to seek several "layers" of approval

5/16/13 – rec'd supplemental memorandum from Ernest regarding fees/costs               .6 hours
                Under Bill 54 – essentially says (for first time) that the City
                                Will not ENFORCE fees/costs provision of Bill 54 – says
                                The fee amount has not yet been "fixed" by the City
                                [Doc. 122]

5/16/13 – Ernest says PI Order looks OK but wants to add some language saying               .1 hours
                Not admitting wrongdoing

5/17/13 – Argued Motion for PI/Dismiss                                                                               .5 hours
                (facial challenge – per status conference) – will agree to as applied
                City claimed it would not charge fee – only reason ordinance saved

5/20-22/13– Monitored/Reviewed e-mails between Brian and Ernest re: PI Order               .1 hours

5/21/13 – Review Orders from Judge Seabright                                                                   1.5 hours
                                5/21/14 – Denied Facial Challenge only because not enforcing
                                Fees/costs provision

5/23/13 – Reviewed Brian's final draft agreed PI Order to Ernest                                       .1 hours

5/24/13 – Reviewed proposed press release from Sugar/told her I thought the press               .6 hours
                                Release was a bad idea.  I also thought that she should not
                                Put the City is playing "cat and mouse" games. And, I would
                                Just shorten it to say we are ecstatic about result and the vast
                                Majority of our claims survived the City's MTD.
                                De-Occupy is upset over Star Advertiser falsely reporting it as
                                if we lost – I advised them not to deal with Star Advertiser,
                                which is apparently not an objective media outlet but a gov't
                                propaganda mill partially owned by city political stooges.  Sugar
                                insistent so  I told her I just give advice, much as a dentist tells
                                you to floss your teeth every day

5/28/13 – Review Ernest's Initial Disclosures                                                                     .3 hours

**4.7**

**EXHIBIT SEVEN**

| | |
|---|---|
| 5/29/13 – Ernest requests conference re:  Thomas Square area of PI | .1 hours |
| 5/30/13 – Discussed Stipulated PI with Brian | .3 hours |
| 5/30/13 – Discussed Stipulated PI with Ernest<br>        Only point of contention will be whether applies to Plaintiffs<br>           Outside Thomas Square<br>        Agreed to ask Judge Seabright for status to help resolve | .2 hours |
| 5/31/13 –Drafted/sent letter to Judge Seabright re:  remaining point of contention<br>        Requested Status Conference | .2 hours |
| 5/31/13 – Call/Minute Entry scheduling Status Conf | .1 hours |
| 5/31/13 – Status Conference (Terms of PI)<br>        To apply to Plaintiffs outside of Thomas Square<br>        And to all who are currently members of De-Occupy | .5 hours |
| 5/31/13 – Letter to Judge Seabright regarding terms of PI | .2 hours<br>NO CHARGE |
| 6/3/13 – Spoke to Brian – still no revised version of stip from Ernest (?)<br>        Brian to e-mail Ernest asking for one<br>        (rec'd return e-mail saying this afternoon Ernest<br>        Would get us one) | .1 hours |
| 6/3/13 – Discussed Revised Stip with Brian<br>        Brian thinks only paragraph 1 changed<br>        e-mailed Ernest who says change(s) redlined | .1 hours |
| 6/3/13 – Rec'd e-mail from Sugar re:  Choon James who has had her property taken<br>        Exchanged e-mails with Sugar | .2 hours<br>NO CHARGE |
| 6/4/13 – Reviewed Revised Stip from Ernest/Reviewed<br>        (also reviewed e-mails between Brian and Ernest re:<br>        Finalizing Stip – from 6/3 and 6/4 NO CHARGE) | .4 hours |
| 6/4/13 – e-mails with Ernest re: approval of stip – he will change last sentence<br>        To say Opp due 30 days after/asked him to resend stip<br>        To dismiss Andy and Santos (total e-mails exchanged)<br>        *SAID HE'D FILE STIP | .2 hours |
| 6/5/13 – reviewed filing on Pacer – Ernest's letter from 5/31 | .1 hours |
| 6/5/13 – Letter to Judge Seabright – regarding Ernest's failure to file PI as agreed | .5 hours |

2.9

**EXHIBIT SEVEN**

| | |
|---|---|
| 6/6/13 – Brian and I Spoke with Ernest re: last minute change to stip./accepted his change | .2 hours |
| 6/6/13 – Reviewed e-mail from Ernest to Judge Seabright re:  stip | .1 hours |
| 6/6/13 – Review Final Draft PI/Order – Approved for filing | .2 hours |
| 6/7/13 – Reviewed Pacer filing (letters Docs. 135-36) | .1 hours |
| 6/22/13 – Draft Third Amended Complaint pursuant to Order on MTD | 1.2 hours |
| 6/23/13 – Draft Third Amended Complaint pursuant to Order on MTD | 3.5 hours |
| 6/23/13 – Review/Revise/ Third Amended Complaint | .5 hours |
| 6/24/14 – Final Review/Revision/Edit to Third Amended Complaint | 1 hour |
| 6/24/13 – File Third Amended Complaint | .1 hours |
| 6/24/13 – Reviewed rules for SNO – exchanged e-mails with Brian and Sugar | .8 hours NO CHARGE |
| 6/27/13 – Received e-mail request from Ernest asking for word versions of 2nd and 3rd amended complaints | .1 hours |
| 7/1/13 – Received Letter from Ernest accusing one of my "clients" of claiming property That wasn't his – don't even know who this person is | .3 hours |
| 7/1/13 – e-mailed Ernest re: his 7/1 letter asking him who the person was | .1 hours |
| 7/2/13 – reviewed e-mail/video from Sugar re: 6/27 raid Exchanged e-mails with Sugar | 1 hour NO CHARGE |
| 7/2/13 – exchanged e-mails with Ernest re:  letter 7/1 Ernest told me that a De-Occupy member had tried to reclaim property That was not his – Not a client and didn't know his name From TX and wears a baseball hat | .2 hours |
| 7/2/13  Drafted e-mail bringing this reclaiming to clients' attention and advising that This should not happen/exchanged e-mails with Sugar | .6 hours |
| 7/23/13 – exchanged e-mails from Ernest re: stip to dismiss Andy and Santos Forwarded to Brian asking him to figure out if this hurts our Case otherwise and how to go about doing it in the event that Ernest's proposal is not the appropriate means | .1 hours |
| 7/25/13 – Review Answer | .8 hours |

**9.1**

**EXHIBIT SEVEN**

7/25/13 – Minute Entry – schedule status conference with Judge Chang                    .1 hours

7/26/13 – Informed a raid happening at TS – likely Bill 7                               .1 hours
                                                                                       NO CHARGE

8/6/13 – Status Conference with Judge Chang and Ernest and Laura                        .6 hour
                Requested by Judge Chang to discuss changing City's policies
                – wants decisionmaker present

8/6/13 – Telephone Discussion with Chris Smith                                          .1 hour
                Try designate him as leader
                Talk about evacuating Thomas Square
                Make a wish list of things De-Occupy wants

8/6/13 – Telephone Discussion with Brian about Scheduling Conference                    .2 hour

8/6/13 – e-mail from Ernest asking that I call him                                      .1 hour

8/6/13 – Telephone Discussion with Ernest                                               .2 hour
                Ernest said he would advise the City not to settle if attorney's
                Fees are more than $5000

8/6/13 – Review Ernest's letter to Judge Chang                                          .1 hour
                Says he will not advise City to settle if we get attys' fees

8/6/13 – Telephone Discussion with Brian regarding conversation/letter Ernest          .4 hour

8/6/13 – Draft Response letter to Judge Chang re: change of City policy                 .7 hours

8/7/13 – finalize and send responsive letter to Judge Chang                            .5 hours
                Noting that the accumulation of fees and costs
                Are due to the City's conduct and judgment to fight
                These allegations which are videotaped

8/13/13- Further status Conference with Judge Chang                                     .7 hours
                Plaintiffs to provide "wish list"
8/14/13 – Reviewed letter from Ernest to Judge Chang                                    .1 hours

8/15/13 – Reviewed filing – withdrawal of Dodd and Black Doc. 143                       .1 hours

8/15/13 – Reviewed written discovery requests from Ernest                               .5 hours
                Discussion with Brian – Brian will work with clients to answer

8/20/13 – Draft Motion to Continue – send to Brian                                     1.5 hours

8/21/13 – Draft Motion for Sanctions                                                    2 hours
**5.9**                                                                                 NO CHARGE

**EXHIBIT SEVEN**

8/22/13 – Received/Reviewed List of Demands from Clients (policy changes)         .6 hours
        Per Judge Chang /Discussed with Brian

8/22/13 – Drafted Letter to Judge Chang and sent to him (included Mtn. Continue     .2 hours
        And Plaintiffs' wish list)

8/22/13 – Draft Motion for Sanctions                                             1.5 hours
                                                                         NO CHARGE

8/22/13 – reviewed e-mail/evidence of another Bill 7 raid at TS                   .9 hours
                                                                         NO CHARGE

8/23/13 – File Motion for Sanctions with Decs                                     .5 hours
                                                                         NO CHARGE

8/25/13 – Sent Defendant's Written Discovery Reqs to Clients                      .1 hours

8/25/13 – Reviewed Sugar's e-mail asking whether they have to answer all the questions.1 hours
        Some of the questions seem irrelevant to her

8/26/13 – Drafted e-mail answering Sugar's questions re: written discovery, above   .2 hours
        Yes, do have to answer.  We can object.  If question about how to
        Answer, please discuss with me, name De-Occupy members that you know
        Etc.

8/27/13 – Reviewed Order requiring further justification of Motion for Sanctions    .5 hours
        Discussed with Brian                                              NO CHARGE

8/29/13 – e-mail from Madori asking what to do with discovery answers/print, scan, etc..1 hours
        Told her that I would need a signed copy but in the meantime she
        Can send me electronic version

8/30/14 – rec'd e-mail and document from Sugar re:  Bill 7 raids and descriptions of .1 hours
        Those raids                                                       NO CHARGE

8/31/13 – Reviewed Sugar's request for admin hearing for Bill 7 Raid              .2 hours
                                                                         NO CHARGE

8/31/13 – Received Answers to written discovery from Sugar and De-Occupy/Reviewed  1.2 hours

9/4/13 – email exchange/review video of recent raids – Bill 7 – drafting complaint before 1 hour
        Leaving for Wy                                                    NO CHARGE

9/5/13 – reviewed answers from Written Discovery from Sugar – made revisions –     .6 hours
        Sent to Brian for finalizing while I am in WY

**3.1**

**EXHIBIT SEVEN**

9/5/13 – received exchanged numerous e-mails from Sugar re:  Bill 7       1.2 hours
                                                                          NO CHARGE


THE FOLLOWING, I REVIEWED/DISCUSSED WITH BRIAN  AFTER MY RETURN FROM WY:

9/10/13 – reviewed e-mail exchange between Ernest and Brian re: discovery deadline   .1 hours
              Extension and dismissing Andy Smith/Santos
              Ernest agreed to 4 day extension for our discovery requests
              Brian to w/draw Second Motion for Sanctions

9/16/13 – reviewed forwarded message from Sugar re: items not returned at        .4
              Apt. with City/Discussed with Brian                                NO CHARGE

9/20/13 – email from Sugar regarding Administrative Heargin                       .1
                                                                                  NO CHARGE


10/3/13 – Drafted letter to Judge Chang – despite having raised the issue before    .2 hours
              The dispositive motions deadline is the day before the next
              Conference with Judge Chang – Plaintiffs did not wish to incur
              Attorneys' fees unnecessarily if conference was successful
              So had not commenced discovery/deadlines should be moved

10/4/14 – Reviewed Plaintiffs' discovery responses (sent to Ernest 9/19 by Brian)    1.6 hours

10/4/14 – Unbelievably, received letter from Ernest to Judge Chang stating that it   .4 hours
              Was my fault that the MSJ deadline was impending – despite me
              Having informed the Court and Ernest of WY TLC at the first instance
              Also says that our efforts to not incur unnecessary Attys' fees
              Is "disingenuous because of the Motion for Sanctions which was
              Withdrawn (and has been marked as "NO CHARGE" throughout
              Timesheets)

10/7/14 – Drafted/edited/sent letter to Judge Chang in response to Ernest's 10/4 letter  .5 hours
              Observed:  I disclosed I'd be in WY at the onset of these discussions
              And had the Court's blessing to do so and that I recalled Judge Chang
              Specifically stating we'd be afforded time for dispositive motions
              If Conferences were unsuccessful; we had not propounded our
              Discovery to avoid doing further work; informed Judge Chang
              Of tyrannical enforcement of Bill 7 (SNO) – so we filed a new
              lawsuit; and have received no response to the wish list

10/11/13 – Scheduling Status Conference set by agreement                          .1 hours

10/15/13 – Status Conference Get new schedule- Brian Only                         NO CHARGE
**2.9**


**EXHIBIT SEVEN**

| | |
|---|---|
| 10/15/13 – Discussed Status Conference with Brian | .1 hours |
| 10/17/13 – Obtained/Reviewed new scheduling Order – ensured calendared | .2 hours |
| 10/17/13 – Further Status with Judge Chang to try to change City policies | .5 hours |
| 10/22/13 – Draft Requests for Admissions to the City | 4.3 hours |
| 10/23/13 – Draft Requests for Admissions to the City | 7.2 hours |
| 10/24/13 – Draft Requests for Admissions to the City | 2.5 hours |

10/25/13 – Status Conference with Judge Chang        BRIAN ONLY        NO CHARGE
                       Set for only Plaintiffs' counsel – minutes say lasted 10 mins
                       (originally set for 10/24 – asked Judge Chang to move
                       To 2:45 – resched to 10/25 – NO CHARGE)

| | |
|---|---|
| 10/25/13 – Spoke with Brian re: substance of status conference | .1 hours |
| 10/28/13 – Draft Requests for Admissions to the City | 4.5 hours |
| 10/29/13 – Draft Requests for Admissions to the City | 3.2 hours |
| 10/29/13 – Draft Requests for Admissions to the City | 3 hours |

10/24/13 – Settlement Conference with Judge Chang – NO CHARGE

| | |
|---|---|
| 10/28/13 –Research who owns campaign sign and criminal acts in taking sign at Behest of candidate | 2.3 hours |
| 11/3/14 – Discussed with Brian proposed settlement demands (he met with clients) | .6 hours |
| 11/4/13 – Reviewed e-mail from Brian to Ernest re:  settlement demands | .1 hours |
| 11/4/13 – Reviewed/Revised Brian's Written Discovery Draft | .7 hours |

11/6/13 – E-mail from Ernest asking why we sent written discovery        .3 hours
                I responded explaining to him that MSJ was moved until January
                  And we are running out of time on getting discovery done
                  Also discussed "safe zones." "Deal-breaker"
                   Told him my clients had nowhere to go while
                  the City decided to change policies or not
                  Also, Andy Smith wants to stay in the lawsuit
                        Ernest replied "seriously? He's not in
                        Hawaii – needs to send me rog responses
                        NOW"

**31.2**

**EXHIBIT SEVEN**

Agreed to get depo dates

| | |
|---|---|
| 11/7/13 – Depo Notices rec'd from Ernest/reviewed | .1 hours |
| 11/12/13 – Filed COS re: Propounding of written discovery for Brian | .1 hours |
| 11/12/13 – Review/Revise Request for Production of Docs | 1.5 hours |
| 11/13/13 – Deliver RFD of Docs | .3 hours |
| 11/14/13 – File COS of RFD | .1 hours |
| 11/19/14 – Retrieve/Review Documents re: Dominic James' claims<br>         Depo Prep | 1.7 hours |
| 11/20/14 – Review claims/incidents/videos/docs and prior testimony re: Chris Smith | 4.1 hours |
| 11/20/14 – Review e-mails/Docs re: Dominic James in order to prepare for depo | 1.9 hours |
| 11/20/14 – Brian prepped Dominin for Depo | NO CHARGE |
| 11/20/14 – Brian prepped Chris Smith for Depo | NO CHARGE |
| 11/21/14 – Spoke with Chris Smith re: depo and questions | .2 hours |
| 11/21/14 – Defend Dominic James' depo<br>         Commenced at 9 a.m. concluded at 11:30 a.m. | 2.5 hours |
| 11/21/14 – Defend Chris Smith Depo<br>         Commenced at 1:25 p.m. concluded at 5:20 p.m. | 3.9 hours |
| ??? – BRIAN defended/prepped Madori | NO CHARGE |
| 11/21/14 – E-mail from Ernest cancelling Sugar's depo for tomorrow because of<br>         "Fires" – wants to move to 12/4, 12/5 or 12/6 – agreed to move | .2 hours |
| 11/21/14 – Spoke with Brian re:  Coordinating schedules to move depo | .1 hours |
| 11/22/13 – E-mailed Ernest back re:  moving depo dates.  Gave him my and Brian's sched.<br>         Asked for Dates for Morikawa and Chun | .1 hours |
| 11/22/13 – Revew/Approve Stip Dismissal of Andrew Smith and Santos | .2 hours<br>NO CHARGE |
| 11/26/13 – e-mail to Ernest – haven't heard anything back on proposed depo dates<br>         Particularly concerned about Madori | .1 hours |

**17.5**

**EXHIBIT SEVEN**

11/29/13 – Send PI from Bill 7 case to Sugar        .1 hours
NO CHARGE

12/3/13 – Ernest requests all written discovery in Word format so that he doesn't    .1 hours
           Have to re-type answers/Brian provides
           E-mail discussion re:  depo scheduling

12/5/13 – Judge Chang continued settlement conference from 2/26 until 3/3    .1 hours
           Made sure calendar updated/Forwarded to Brian

12/10/13 – Brian prepared Notices of Deps – I reviewed/Paralegal delivered    .1 hours

12/10/13 – multiple e-mails w/ Ernest re: Notice of Depos  -        .3 hours
           says not available on noticed dates
           Exchange e-mails re: availability of Deponents/counsel
           Ernest now says that if I'd just asked to move the MSJ dates
           Back rather than Notices of Deps, City would agree (this despite
           Letter of 10/4
           Agreed to move MSJ and depos back

12/12/13 – Defend Sugar Depo        5.4 hours
           Commenced 9:51a.m. and concluded 3:43 p.m.
           (reduced .5 for breaks)

12/12/13 – Reviewed e-mails from Sugar to DFM employees regarding    .2 hours
           Retrieval pursuant to Bill 7 injunction

12/13/13 – Discussed/confirmed depo dates with Ernest        .1 hours

12/13/13 – Reviewed List from Sugar re: what items they wish to pick up    .1 hours

12/23/13 – Reviewed letter written from Brian to Ernest – told Ernest we do    .1 hours
           Not have discovery responses and discusses depo dates

12/30/13 – E-mails exchanged with Ernest – concedes that discovery responses are    .2 hours
           Late/ asked for joint extension because I received no response from
           Letter to Judge Chang requesting extension of MSJ date

12/16/13 – Drafted/sent letter to Judge Chang requesting phone call to move dates    .1 hours

1/5/14 – Discussed with Brian what we should elicit from Chun        .3 hours
           Decided because the Admissions had not been answered
           To try to have him authenticate videos and get background
           Rather than detailing every incident

**7.1**

**EXHIBIT SEVEN**

1/5/14 – Prepared for Chun Depo                                                                  3.1 hours
           Reviewed Decs he'd submitted and the arguments used for
           Reviewed videos
           Outlined questions and evidentiary support for those questions

1/5/14 – Brian tagged the time on vids where Chun shown                        NO CHARGE

1/6/14 – Compiled copied exhibits for Chun Depo (incurred costs)              .3 hours

1/6/14 – Deposed Chun                                                                           3.8 hours
           Commenced 1:10 p.m. – concluded 5 p.m.

1/8/14 – Received Chun written discovery responses – more than 30 days late   .7 hours
           Reviewed responses/Forwarded to Brian

1/9/14 – Received Morikawa written discovery responses – more than 30 days late   .6 hours
           Reviewed responses/Forwarded to Brian

1/13/14 – Informed Ernest about foregoing Morikawa depo – Ernest responded   .2 hours
           Concerned about taking Sugar's and Madori's depo (?)
           Told Ernest to make the record clear, we are not requesting the extension
           Don't think we need it because of the admissions
           Ernest said "Judge Chang took it upon himself to call us in for informal
           Discussions.  This caused us to hold off on discovery."  (Marked
           Difference with the letter of 10/4)/Agreed to be available for
           conference

1/14/14 – status conference re: deadlines – dates moved                         .2 hours

1/15/14 – Rec'd shimizu responses/reviewed                                          .5 hours

1/24/14 – Received e-mail from Sugar re: what days she will be unavailable     .1 hours
           For the case – including can not sign declarations, etc.

1/30/14 – Rec'd Second Amended Notice of Depo for Sugar for 2/6/14           .2 hours
           Discussed with Brian
           City had cancelled previous one at the last minute

2/2/14 – Rec'd e-mail re: cost of camera and cables that City "lost" after Bill 7 seizure   .1 hours
                                                                                            NO CHARGE

2/5/14 – Brian rec'd word that Sugar's depo again to be moved per Ernest       .1 hours

2/24/14 – Spoke with Sugar – Cc'd on e-mails – Brian hurt in car wreck/try catch up   .5 hours
           On Motion for Sanctions for not returning camera Bill 7           NO CHARGE
**9.8**

**EXHIBIT SEVEN**

2/24/14 – Notice from the Court that Settlement Conference moved                .1 hours

2/27/14 – Review letter from Admin Hearing Officer – affirming Sugar's request to waive .2 hours
            Fees and allow immediate pick up in light of Judge Kobayashi's   NO CHARGE
            PI

3/9/14 – Report from Sugar re:  item pick  up Bill 7 – More missing items/talked to Brian .2 hours
            NO CHARGE

3/17/14 – reviewed e-mail where Brian trying to offer Sugar for yet another depo     .1 hours
            Setting (changed repeatedly by City)

4/10/14 – Prepare/draft MSJ – (actual motion) – reviewed complaint, discovery,     3.7 hours
To decided what specific relief would be requested.

4/11/14 – (MSJ Drafting con't) Excerpt depos/appropriate admissions/began
draft of statement of concise                                                       6.8 hours
Facts and of facts in memorandum

4/11/14 – reviewed prior filings – excerpted appropriate prior arguments from        2.3 hours
Prior filings

4/12/14 – began drafting actual arguments – divided into specific events - drafted   7.2 hours
Factual allegations and concise statement of facts

4/14/14 – edited concise statement of facts – continued drafting argument – plug    10.7 hours
Facts in where appropriate – research torts (elements, conversion, replevin,
Trespass to chattels – HI law and treatises)

4/15/14 – continued with drafting/revising argument and concise statement of facts –  7.8 hours
Review citations to record to make sure correct – looked all over office and reviewed e-mails
To try find City admissions – concluded not disclosed

4/15/14 – discussed motion with Brian – asked him to check his e-mail and files for   .3 hours
Admissions

4/15/14 – edited brief, motion, and concise statement of facts                       2.5 hours

ASKED BRIAN TO HIGHLIGHT CITED DISCOVERY PURSUANT TO LOCAL RULE                       .1 hours

4/15/14 – scanning/downloading/saving  all exhibits (from Brian) in order to be       1.2 hours
Filed

4/15/14 – prepared/drafted declarations                                              1.1 hours

4/16/14 –  FINAL edit/revisions to documents/added revised arguments                 4.8 hours
**48.7**

**EXHIBIT SEVEN**

– saved exhibits in order to be filed including motion, declaration

| | |
|---|---|
| 4/16/14 – final preparation, sorting of files for filing - filed/uploaded PACER | .6 hours |
| 4/17/17 – Reviewed Ernest's Motions (Motion to withdraw admissions – researched) | 1.2 hours |
| 4/17/14 – hearing scheduled for 5/27 -  calendar | .1 hours |
| 4/18/14 – Deliver manual filing | .5 hours |
| 4/18/14 – Scheduling Conference moved again per Court – update calendar | .1 hours |
| 5/6/14 – Got new address for Sugar | .1 hours |
| 5/6/14 – prepared "Negligent Supervision/Training" portion of response | 2.1 hours |
| 5/6/14 – discussed MSJ response with Brian – specifically his progress and my Responsibility to "plug" in the Negligent Supervision/Training arg. | .2 hours |
| 5/6/14 – final review/edit of response | 1.1 hours |
| 5/6/14 – conference call with Ernest/Brian (agreed to have motion to w/draw Admitted admissions heard same day as MSJ) | .1 hours |
| 5/7/14 – reviewed our response filing | .1 hours |
| 5/7/14 – obtained/reviewed Ernest's memo in opp/Mtn. to shorten time | .3 hours |
| 5/9/14 – Court granted Motion to shorten time/calendar | .1 hours |
| 5/12/14 – Reviewed Order striking MSJ | .5 hours |
| 5/12/14 – Spoke with Brian re:  Order striking – just need to add authentication           And add specific references to videos and refile                Brian can get videographers on board to submit add'l Decs | .6 hours |
| 5/12/14 – discussed settlement with Brian and what relief we should demand | .1 hours |
| 5/13/14 – drafted Settlement Conference Statement/reviewed docket, filings | 3.4 hours |
| 5/14/14 – final edit of Settlement Conference Statement | 1.2 hours |
| 5/14/14 – draft letter to Judge Chang/send to parties, Court | .2 hours |
| 5/14/14 – discussed Settlement Conference Statement with Brian/changed FN1 and 3 | .1 hours |

**12.7**

**EXHIBIT SEVEN**

5/15/14 – review e-mails from Ernest/Brian – letters to Court to assist drafting        6.5 hours
                    Response to 36(b) Motion

5/15/14 – drafting response to 36(b) Motion                                             3.0 hours

5/16/14 – draft/edit response to 36(b) Motion                                           2.5 hours

5/16/14 – final edits to 36(b) Response                                                 1.6 hours

5/16/14 – discuss 36(b) Response with Brian                                             .2 hours

5/16/14 – file 36(b) Response on Pacer                                                  .1 hours

5/19/14 – Paralegal Deliver courtesy Response – federal Court                           .5 hours

5/20/14- prepare for settlement conference – Review Depos/Settlement Conf. Stmt.        3.7 hours
Concise Stmt. Of Facts

5/20/14 – discuss settlement conference with Brian and strategy                         .4 hours

5/21/14 – prepared more in the morning – read through depos – made outline of what      1.5 hours
                    To say to Ernest and Judge Chang/Estimated hours to give Judge Chang
                    A ballpark atty's fees

5/21/14 – Settlement Conference                                                         1.3 hours
                    Stayed 11:00 – 12:15
                    Told the Judge and Ernest that we would settle for damages
                    Injunctive relief moot b/c no longer enforcing Bill 54
                    I HAD TO LEAVE FOR HEARING – BRIAN STAYED LONGER

5/22/14 – call to Judge Chang regarding offer:                                          .1 hours
                    1. 1000 to 1500 damages
                              We will have to allocate between Plaintiffs
                    2. Replevin will have to hammer out language so City is not liable (which is our intent)
                    3. Entered on the record – so no confidentiality
                    4. We will apply for Atty's Fees – City can say we are not entitled


5/27/14 – Drafting Settlement Agreement                                                 3.0 hours

5/27/14 – e-mail exchange with Ernest – requesting form to dismiss individuals          .3 hours
                    Replevin terms

5/29/13 – requested a copy of transcript from Ernest (apparently they were able         .3 hours
                    To get Sugar's despite it being incomplete – I needed to
                    Figure out her total losses)
**25**

**EXHIBIT SEVEN**

Ernest would not provide due to court reporter statute
E-mail about announcing settlement tomorrow (P's can't get
There) and my ideas about Replevin Language

5/29/13 – Ordered Sugar transcript from Carnazzo                                    .1 hours

5/30/13 – reviewed Ernest's revisions to agreement – asked him for a few days to     ,4 hours
          Process it

5/30/13 – reviewed stip to dismiss City from Ernest                                 .1 hours

$404 expense

5/31/14 – Read astounding press release/article where city spokesman (Jesse         .3 hours
          Van Dyke (rel. to Professor who helped draft Bill 54(?)))  said the
          Settlement is "a significant victory for the people of the City and
          County of Honolulu," and that "the settlement is smaller than
          what legal fees could have amounted to" and "Under the settlement,
          the city will pay $1,000 to the plaintiffs and not admit any wrongdoing.
          . . . The plaintiffs' lawyers may be able to recover legal costs in a
          hearing next month, but that likely won't happen because of the
          settlement, said Broder Van Dyke."

5/31/14 – Discussed press release with Brian – considered filing for sanctions      .5 hours

6/17/14 – Ernest e-mailed asking what is status on Settlement Agreement             .1 hours

6/20/14 – Consulted with another attorney about Settlement Agreement language       .2 hours

6/21/14 – Received redline version of S.A. from Ernest/Reviewed                     .5 hours

6/23/14 – e-mailed Ernest with the language that I find most objectionable – i.e.,  ,2 hours
          The agreement seems to say the Court can't look to Settlement
          Agreement to determine prevailing party status

6/25/14 –, Reviewed Ernest's Redline and adopted/Rejected                           1.2 hou
changes calculated damages claimed by individual plaintiffs and put appropriate amounts
In settlement agreement; e-mailed Brian and Ernest with explanation of changes/sent
New draft  - biggest thing is the sentence that was not agreed to

6/26/14 – e-mailed Ernest the version accepting/rejecting the redline version       .2 hours
          Specified to Ernest the exact changes that were made and why

6/27/14 – received transcript of settlement on the record – to assist me with       .2 hours
          Settlement agreement discussions with Ernest - reviewed

6/27/14 – e-mailed Ernest's secretary because hadn't heard from him                 .1 NO CHAR
**4**

**EXHIBIT SEVEN**

6/27/14 – spoke with Ernest – discussed changes in settlement agreement          .2 hours
                   Discussed specifically the "not looking to agreement"
                   Part for purposes of fees – agreed to put add'l term clarifying
                   That Court may look to terms of agreement to determine
                   Prevailing party and amount of fees

6/27/14 – called Ernest regarding extension (no objection)          .1 hours
                   Can't find Dom

6/27/14 – Made edits to S.A per our discussion on Friday          .5 hours

BRIAN – ongoing settlement agreement revisions negotiation

7/8/14 – e-mail from Ernest re:  further settlement agreement revisions          .1 hours
                   Brian had discussed with him/only had phone so no review

7/8/14 – Discussed further defense S.A. Revisions with Brian/ e-mail Ernest asking for          .1 hours
                   .rtf

7/9/14 – Put Paragraph 9 from Ernest's previous redline version of S.A. back into S.A.          .1 hours

7/9/14 – exchanged e-mails with Ernest re:  SA Final version – Ernest gave word City          .1 hours
                   Would sign.

7/9/14 – drafted stip of individuals' dismissal/e-mailed to Ernest          .2 hours
                   Ernest suggested caption correction/made correction

7/9/14 – sent stip of individuals' dismissal to Judge Seabright for entry/received          .1 hours
                   e-mail requesting it be sent in .pdf

7/10/14 – Stip to Dismiss Individuals filed by Court – Reviewed doc          .1 hours

7/13/14 – Talked to Brian because he is going on vacation – I will stay in touch with          .1 hours
                   Sugar/De-Occupy re: finding Dom

7/14/14 – Got texts from Sugar – she will be dropping off signed agreements          .2 hours
                   Met with her briefly re:  signed agreements and
                   Spoke about how we could find Dom

7/15/14 – texted Sugar – told her we got the requested 2 week extension because          .1 hours
                   Couldn't find Dom – asked her to PLEASE keep trying
                   To find him

7/17/14 – exchanged texts with Sugar re: finding Dom – no new updates          .1 hours

7/17/14 – e-mailed Madori and Chris Smith requesting any available help in finding Dom .1 hours
**2.2**

**EXHIBIT SEVEN**

7/19/14 – exchanged texts with Sugar re: finding Dom – no new updates –          .1 hours
                          But she hopes he will come to Food not Bombs meeting Sunday

7/21/14 – Text from Sugar saying Dom in OCCC
                          She spoke to Dom's father – talked to Brian about going to see him     .2 hours

7/22/14          Talked w/ Brian about going to OCCC                                      .1 hours

7/23/14          Talked w/ Brian – he's verified with OCCC instructions to see Dom      .1 hours

7/25/14 -        Drafted/filed Notice of Settlement Agreemetn                           .2 hours

7/25/14 -        Drafted sent to Ernest proposed Stip to Dismiss City                   .1 hours

7/25/14 – Sent Ernest complete Agreement with all signature pages                       .1 hours

7/26/14 – e-mail exchange with Ernest re: dismissal                                      .1 hours

7/28/14 – submitted Stip to Dismiss to Judge Seabright                                   .1 hours

7/28/14 – talked with Kevin about Atty's fees Dec                                        .1 hours

**EXHIBIT SEVEN**