## A.  Case Development, Background Investigation, and Case Admin.

11/2/12  Met w/ OWS, Sugar, Medoria, Kenneth, Chris, Andy –                    2 hours
                    Discussed various incidents and reviewed videos including:
                                First amendment cases
                                The taking of untagged property (Medoria)
                                Taking of meds (Kenneth)
                                Reviewed subtitled video where Chris moved
                                        His things to private property and Santos/Chun
                                        Head of housing made him move it back out
                                        Head of housing reviewed to "determine what's valuable"


                                Identified some defendants – Chun – Parks
                                            Santos – HPD
                                            Housing Dept. lady?

11/4/12 Reviewed e-mails from Sugar sent 11/2                              .8 hours

                    Included;  recent e-mail(s) (last one was 11/2) to Wes Chun
                            re: Sugar's attempts to reclaim
                            Her seized items and e-mails from prior attempts to reclaim
                            Items, including 8/15 e-mail from Sato;
                            Pics before and after raids showing tagged items
                            Sugar's spreadsheet showing chronology and where
                            Events occurred on videos as well as links to photos


11/7/12 Calls with Sugar – discussing potential raid tomorrow (advised to video and put important things
in storage – said wall also tagged – Sugar not going to be there BW) and video of Medoria? –
ON TAGS EMPLOYEE AND ID NUMBERS – SUGAR SAYS WRONG EE FILLING OUT
                            Looked at Medoria –FEB. 15 shows Chris' tent thrown out
                            Tagged a tree?                                          .2 hours

11/9/12 – calls with Sugar and Chris – discussing raid and possible inclusion in Complaint  .5 hours
                            Reviewed Ordinance 10-26 upon which the City now supposedly relying

11/9/12 – Meeting with Sugar, Chris                                          1.5 hours
                            Madori and Andy also there
                            Discussed in great detail costs, fees, damages and how they are dispersed
                                        Pursuant to law and contract
                            Chris and Sugar want to donate proceeds to charity
                                        Told them no taxes on compensatory damages
                                        But on punitives there would be
                            Decision made to deal only with Chris and Sugar for time being
                                        Contracts signed

11/9/12 – Reviewed videos of Sugar, Andy, Chris, and Madori –               2.7 hours
                            All from excel spreadsheet prepared by Sugar
                            With video links

**EXHIBIT EIGHT**

**7.7**

11/9/12 - researched and reviewed the relationship betweencOrd. 10-26 and Bill 54.        .8 hours
This was because Santos told them that would have property seized pursuant to 10-26.  First we'd heard of this. Found that those bills constitute Sections 29-18 and 19. 18 (Ord. 10-26) defines "pedestrian zones" on sidewalks.  However, with Bill 54 passage – property seizure provisions from Ordinance 10-26 were repealed.  So Bill 54/Chapter 19 defines the property seizure process.  e-mailed findings to Sugar and Chris

11/10/12 – Researched Bill 54 and resulting ordinance – e-mailed detailed analysis        3.1 hours
To clients

11/12/12 – Received/Reviewed updated spreadsheet from Sugar re: the incidents        .1 hours
And supporting evidence

11/12-11/13 – e-mail thread regarding updated evidence spreadsheet and progress        .1 hours
Report to clients

11/13/12 – rec'd e-mail from Client asking progress/when filing        .1 hours

11/14/13 – e-mailed client with progress report – probably not filing today but        .1 hours
Meeting with Brian

11/14/12 – Meeting with Brian/review videos and select further incidents to allege        .5 hours

11/15/12 – contact (e-mail and phone) Sugar/Chris –

regarding addition of Andy and Madori – also        .1 hours
To set up a meeting to review complaint
with all          Plaintiffs

11/15/12- *in forma pauperis* application review – sent to Sugar/Chris        .5 hours

11/15/12 – Revise print contracts – Madori/Andy        .3 hours

11/15/12 – Meet with Sugar regarding addition of Madori and Andy        1 hour
Delivered Contracts and first draft of complaint
So that plaintiffs could "fill in the blanks" of information
That I did not know

11/15/12 – Telephone discussion with Andy – Andy leaving on Sunday due to        .2 hours
Obtain employment here
Discussed whether to leave him as a Plaintiff
Decided to do so – will either try to have him
Appear when necessary by phone or
Video or will remove him by amendment if impossible to proceed

**EXHIBIT EIGHT**

**9.6**

| | | |
|---|---|---|
| 11/15/12 – 11/17/12 – got Pauper's Oath form and sent to Sugar/exchanged 4 e-mails with Sugar re:  Indigent filing (I wrote three) | .5 hours NO CHARGE | |

11/16/12-Telephone with Andy to review facts                                     .2 hours

11/17/12 –        Reviewed Sugar's evidence                                        .5 hours
                  e-mailed Sugar regarding an e-mail chain with Wes Chun
                  where Sugar tried to regain items being  Incomplete


11/17/12 – meet with Sugar/Andy – Andy signed document -                          .8  hour

                  Retrieve revised complaint from Andy

11/20/12 – received a list of items seized from Sugar/reviewed                     .3 hours

11/20/12 – received biographical information from Sugar                            .2 hours

                  For use in filings - reviewed

11/21/12 – Phone call with Chris Baker                                             .1 hour

                  Chris out filming anticipated raid
                          Told him do not give advice or condone conduct
                          Simply observe
                          Get an inventory of all tagged and non-tagged items
                          Get video of the seizure
                          Including the signs Plaintiffs holding
                          Get video of after
                          Comply with police orders (detaining behind tape)

11/21/12- Meet with Chris Baker – told me they roped him off to prevent videoing   .3 hours
                          Saw Chris Smith's untagged chairs destroyed
                          Saw Sugar with 5 tents, taken down and in carrying bags
                                  One had been bought only the day before


11/22/12 – e-mail to Brian with solicitation of Brian's opinion about adding       .2 hours
                  11/21 raid to complaint

11/28/12 – reviewed e-mail from Sugar – lists and summarizes 11/21/12 raid         .2 hours
                  To be added to Complaint


12/2/12 – e-mailed update to clients re: delay in filing – my schedule and the adding   .1 hours
                  Of 11/21                                                         NO CHARGE

**EXHIBIT EIGHT**

**2.8**

| | | |
|---|---|---|
| 12/4/12 – rec'd list of people from Sugar and their titles for addition to Complaint<br>     Included Wes Chun, Santos, Kealoha, Morikawa and<br>     Cabato – told Sugar we wouldn't add all yet (e-mail<br>     Chain regarding who to add) | .3 hours<br>NO Charge |
| 12/9/12 – Darko (paralegal) – Darko figured out how to put all online videos onto<br>     A disk so that it could be filed | 3 hours<br>NO CHARGE |
| 12/9/12 – e-mailed clients – back from San Fran.  Working on Complaint.  Listed<br>     Outstanding info I'd requested but not rec'd:<br>     Biographical info for Chris Smith and Madori<br>     Baker Decl.<br>     E-mailed Complaint draft – requested meeting with<br>     Clients to approve | .2 hours |
| 12/12/12 – Discuss vidoe disks with Chris Baker | .1 hours |
| 12/13/12 – Discussion with Scott Dodd and Brian Black re: TRO | .2 hours |
| 12/13/12 – Telephone discussion with Scott and Brian Bl. regarding proposed TRO<br>     Sent over draft TRO agreement – discussed line by line | .2 hours |
| 12/13/12 – Telephone discussion with Brian Brazier about negotiations and<br>     Covering in the a.m./Send e-mail summarizing negot. | .8 hours |
| 12/14/12 – Call from Scott Dodd – said City did not agree to have "agreement" entered<br>     As an Order; Discuss with Brian; | .8 hours |
| 12/14/12 – emailed Clients telling them that at 530 p.m., the City waited to tell me they<br>     Would not agree to have the agreed TRO entered as an Order | .2 hours |
| 12/16/12 – email from Clients regarding status of agreement - | .1 hours |
| 12/17/12 – E-mail from Clients re: what have we heard from the Judge re:  TRO<br>     e-mailed back explaining the City agreed on the record that<br>     the agreement would be enforceable against it | .2 hours |
| 12/17/12 – Reviewed Agreement/Brian's e-mail to Ernest.  Informed Ernest and<br>     Brian that with Brian's proposed changes, I am comfortable<br>     With agreement | .3 hours |
| 12/18/12 – Sugar sent me a press release that De-Occupy apparently distributed –<br>     Reviewed it and per Sugar's request, | .1 hours |
| 12.18/12 – Sugar requested copy of filed lawsuit/several e-mails<br>     In string – told her this was not a TRO but an<br>     Agreement – clarified if wanted filed Complaint and<br>     Told her TRO agreement had not been filed yet; | .3 hours<br>NO CHARGE |

**EXHIBIT EIGHT**

sent her copy of filed Compl./sent her case no.

**3.2**

| | |
|---|---|
| 12/19/12 – reviewed filed agreed Order – e-mailed to clients asking them to Document any violations | .2 hours |
| 12/19/12 – Call from Sugar – regarding the City being out tagging items Several calls back as to what to look for | .1 hours |
| 12/19/12 – Download, print, scan Order/Schedule Chris Baker to be at raid tomorrow Call to Brian/Send Order to Plaintiffs, Chris B., Brian | .5 hours |
| 12/20/12 – e-mail from Chris Smith – they were able to film the City's raid.  Got pics Showing tents swapped out.  Confirmed Chris Baker was there Photographing | .1 hours |
| 12/20/12 – emails with Sugar – she is going through the videos of today's raid.  She Says Wes Chun no longer works with City – she is still trying To get items back from 11/21 raid and they are giving her the Run around – asked me to help her.  Sugar was not present at 12/20 raid | .1 hours |
| 12/20/12 (and one from 12/21/12) – seeking clarification of spreadsheet and vids I was confused by Exhibits | .3 hours NO CHARGE |
| 12/20/12 – Reviewed Sugar's spreadsheet and attached videos with list of violations at 12/20 raid | .5 hours |
| 12/20/12 – Conference with Sugar, Chris Baker and Chris Smith, Reviewed Videos; | 1.2 hours |
| 12/21/12 – got pics from Chris Baker/Reviewed/Discussed what happened | .7 hours |
| 12/21/14 – calendared dates from Doc. 21 | .2 hours |
| 12/21/12 – e-mailed clients re: filing of Motion for Sanctions and told them not to Interfere with the City – especially Chris Smith | .1 hours |
| 12/21/12 – e-mailed to ask clients about Doug's availability on the 10th | .1 hours |
| 12/21/12 – discussed with Ernest (in Judge Seabright's courtroom) dates Wes Chun will be out of town/ He is to provide prelim. Injunction dec before the depo Rec'd confirming e-mail from Ernest (12/22) | .2 hours |
| 12/31/12 – discussion with Chris Baker – found out he had not filed videos Found out (for the first time) that he was also unavailable | .3 hours |
| 1/1/13 – discussion with Chris Baker and Brian – to see whether to request continuance Reviewed declarations and vids. Reviewed Chris B's captions for Decs | .5 hours |

**EXHIBIT EIGHT**

**4.8**

| | |
|---|---|
| 1/2/13 – talked to Ernest – no objection to continuance | .1 hours<br>NO CHARGE |
| 1/2/13 – drafted/sent letter to Judge Seabright requesting a continuance due to<br>        Baker's unavailability | .2 hours<br>NO CHARGE |
| 1/3/13 – reviewed Ernest's letter to Judge Seabright re:  scheduling issue (above) | .1 hours<br>NO CHARGE |
| 1/4/13 – got new schedule (Doc. 29) | .1 hours<br>NO CHARGE |
| 1/4/13 – e-mail to Chris Smith re: scheduling.  All witnesses must be present 1/17<br>        Asked Chris to confirm with Doug and other witnesses | .1 hours |
| 1/7/13 – Got/reviewed 2 Michael Tada's statement from Sugar re: 2/15 raid | .2 hours<br>NO CHARGE |
| 1/7/13 – Reviewed e-mails between Sugar and Ken Shimizu re: who to call<br>        To return property now that Wes Chun is gone – forwarded<br>        To Brian | .1 hours |
| 1/7/13 – Spoke with Sugar regarding when and where to appear in Court | .1 hours |
| 1/9/13 -  Arranged meeting with Ernest to discuss exhibits, testimony, etc. as directed<br>        By courts /Ernest said he had not received our discs of videos –<br>        Discussed with Darko (who said he had delivered them) – told Ernest<br>        I thought we'd mailed them to him already.  – will remail them – Ernest<br>        Replied that he found the disks that were mailed | .3 hours |
| 1/10/13 – Meeting with Ernest regarding discussion of evidence for<br>        Hearing 1/17/13 and per Judge Seabright's Order | .5 hours |
| 1/10/13 – Meeting with Brian – discussing the meeting; bluffing; coordinating meeting<br>        With Plaintiffs and witnesses to refine Declarations; Discuss with<br>        Chris Smith, Dominique James owner of blue tent; Talk to Doug Matsuoka<br>        And Dominique James regarding Declarations and availability | .8 hours |
| 1/10/13 – Meeting With De-Occupy members and witnesses to prepare Declarations | .8 hours |
| 1/11/13 – talk to Chris Smith – Dominique James – tent poles were not glued together | .1 hours |
| 1/15/13- Review Phone Records/Discuss with Chris Smith | .2 hours |
| 1/18/13 – Discuss return of property as ordered by Court with clients | .2 hours |
| 1/19/13 – Call from Sugar re:  return of property – clients borrowing van and | .1 hours |

**EXHIBIT EIGHT**

All going together/ Ernest told clients to have me coordinate

**3.3**

1/21/13 – exchange e-mails with Ernest regarding return of property 1/22/13          .5 hours
    Ernest asked for times can come out.
    Also says that Plaintiffs must take everything on
      One tag or bin number and take only what they own
    P's Primary concern is that the City labels the notices so if
      They put stuff in a bin that does not belong to P's
        Then it's the City's fault
    Ernest says the problem is our clients are "intermingling" items to get
      a technical violation of the Stip which is ridiculous
    Told him the problem is the inconsistent rules the City arbitrarily
      raising without authority to do so
    Also complained about waiting unreasonably when stip says
      "immediately." Ernest said "I really don't see the
      concept of the time value of money being applicable
      to your clients"
    Wrote back that I didn't think it was appropriate for him to indicate
      A willingness to inconvenience my clients and that my
      Investigator would be there and billing
    Clients to be there at 1

1/22/13 – Ernest's last e-mail says that I am supposed to, for some reason, give him          .2 hours
    a list of preferential times – wrote him back requesting
    that he inform us whether the City is willing to devote appropriate
    resources to comply with order  - Also requested to meet

1/22/13 – Discussed the City's newly erected obstacles to return of property with Brian   .4 hours

1/23/13 – meet with Brian (discuss what is acceptable and unacceptable) then with          1 hour
    Laura and Ernest regarding Judge's Order return of property

1/23/13 – Review Ernest's submission of Order and letter- submitted with added
    language than what we'd agreed and w/out notice to us          .3 hours

1/23/13 – Discussed Ernest's submission with Brian – determined Brian would draft          .5 hours
    Order and Letter in response tonight

1/24/13 – Reviewed Brian's letter and reviewed his proposed order in response to          .2 hours
    Ernest's submission

1/24/13 – Download/review court's order          .2 hours

1/24/13 – Discussed with Brian, Brian's research re: 5 days to respond to contested          .3 hours
    Order (we were given 0).  However, decided not to proceed because
    Judge Seabright specifically held that the return process was
    Deficient and the City had to fix it

**EXHIBIT EIGHT**

**3.6**

1/25/13 – Review e-mailed letter from Ernest outlining City's new retrieval procedure.   .4 hours
        This is a marked difference that Sato's testimony as to existing
        Retrieval procedure

1/25/13 – Advise clients as to the new letter and victory.    .1 hours

1/25/13 – Review Hand-delivered letter regarding return of property – sign, scan   .2 hours

1/25/13 – Review Filing of Letter re: change in possession filed with Ct. Doc. 50   .1 hours

1/26/13 – Meet with Chris Baker regarding Retrieval of Property (Dominique's tent   .7 hours
        Was damaged)/Review Video/Discuss with Chris
        Actions of City and of Plaintiffs – City accommodating
        Our witnesses and clients were well-behaved but one
        Loudmouth had attended – unsure who that was

1/29/13 – download Motion to Recon. Send to clients    .1 hour

1/29/13 – Discussed retrieval procedure with Ernest/Brian    .1 hour

1/29/13 – Discussed with clients the outcome of Motion for Sanctions – told them   .2 hour
        The City will now give stuff back next day and have 3 people
        Responsible with a dedicated line

1/30/13 – Reviewed Order re:  Mtn. Reconsider    .2 hours

1/30/13 – Discuss Order with Brian and strategy to amend complaint to include Dom   .5 hours

1/30/13 – Discuss raids with Sugar    .8 hours
        1/30/13 – Polish couples' chair destroyed
        Don't speak English
        No video
        Police officer would not let Sugar
        Video despite no barrier – but relented
        Second raid – took a tent that had not been tagged
        Tent was blue and other blue ones were taken
        Tried to take stuff in a tent – but Sugar demanded it
        And City relented

1/30/13 – Discussed raids with Brian –    .5 hours
        Decided no motion for sanctions.  Polish couple don't speak
        English and are not part of De-Occupy
        City and police relented and complied when Sugar
        Insisted
        And, proof issues with blue tent because other
        Blue tents were taken
        Conclusion – chance of any relief are far outweighed by
        Chance of inciting Judge Seabright

**EXHIBIT EIGHT**

**3.9**

| | |
|---|---|
| 1/30/13- e-mailed Plaintiffs regarding our decision and the reasons why | .1 hours |
| 1/30/13 – download, review Order re:  Mtn. Reconsider | .2 hours |
| 1/30/13 – exchanged e-mails with Sugar regarding decision not to file for sanctions<br>         Sugar insists on Motion for Sanctions | .2 hours |
| 1/31/13 – discussed e-mails with Sugar with Brian | .2 hours |
| 1/31/13 – Spoke with Chris Smith – who agrees with Brian and my strategy –<br>         Got permission from Dominic to amend complaint<br>         And add him as a Plaintiff while on phone with Chris | .2 hours |
| 1/31/13 – e-mail exchange with Madori who also agrees with our decision | .1 hours |
| 1/31/13 – Reviewed Transcript of 12/21 hearing I had ordered - | .5 hours<br>NO CHARGE |
| 2/5/13 – Review PI | .5 hours |
| 2/5/13 – Discuss Superseding PI and Complaint Amendment with Brian<br>         Split work – Brian to handle 1A – me due process<br>         Discussed organization and substantive content<br>         Including what challenges to raise and<br>         What had been included in prior PI | .5 hours |
| 2/8/13 – Forwarded PI Supplement to Clients | .1 hours |
| 2/10/13 – Reviewed e-mail from Sugar re:  PTSD and her reaction to raids | .1 hours |
| 2/11/13 – Spoke with Chris about serving Chun – informed Clients | .1 hours |
| 2/13/13 – Spoke with Ernest re: request for oppositions to also be delayed | .1 hours |
| 2/15/13 – Confer w/ Ernest via e-mail – parties agree to abide with TRO terms during<br>         Time in which PI hearing was extended by Court | .1 hours |
| 2/20/13 – rec'd e-mail from Ernest's assistant.  Downloaded docs/same as  Pacer (?)<br>         Unsure why it was sent | .1 hours |
| 2/20/13 – drafted/sent e-mail to clients with City's MTD (and supplement)<br>         attached and explained.  The process/what MTD meant, etc. | .2 hours |
| 2/21/13 – rec'd e-mail from Chris Smith thanking me for keeping clients updated | .1 hours<br>NO CHARGE |
| 2/27/13 – Conversation with Brian about Reply Left First Amendment to Brian<br>         And asked that he compare the response and Reply | .1 hours |

**EXHIBIT EIGHT**

To ensure everything addressed

**2.9**

| | |
|---|---|
| 2/28/13 – Exchange texts with Sugar about yesterday's texts and why the newspaper<br>Said they were "cited" | .1 hours |
| 2/28/13 – Got e-mail from Sugar re:  her income (requested for use in Decs, etc) and<br>The tent in the tree (can't confirm or deny – part of the video<br>didn't go through because of "internet interference")<br>Forwarded to Brian | .1 hours |
| 2/28/13 – Draft e-mail and send City's response to Plaintiffs that were filed.  Preparing<br>For PI hearing – asked about Morikawa's Dec.<br>Specifically facts such as Madori's tent being in a tree<br>Also informed them of what was going to happen<br>Leading up to PI Hearing and asked they be available. | .3 hours |
| 2/28/13 – e-mailed our response to MTD to Plaintiffs | .1 hours |
| 2/28/13 – Read "Our View" article from Star Advertiser – sent to Plaintiffs and Brian<br>Spoke with Brian about it | .2 hours |
| 3/3/13 – e-mail from Sugar re:  Dom's income and reason at DeOccupy | .1 hours |
| 3/5/13 – Exchange texts with Sugar about recent tagging and anticipated raid | .1 hours |
| 3/6/13 – Talk to Brian about Defendants' request to moot motions | .2 hours |
| 3/7/13-Talk to Brian about Statement to Judge Seabright about re-briefing | .2 hours |
| 3/7/13 – Exchange texts with Sugar today's raid/ set up meeting to sign<br>Declarations tomorrow (Brian to meet)<br>No action to be taken, however, apparently Sugar<br>Got caught putting tags on police car | .2 hours |
| 3/12/13 – Reviewed Bell v. Boise – Idaho Dist. Ct. Complaint in 9th Cir. – rec'd from Sugar. | .3 hours<br>NO CHARGE |
| 3/13/13 – reviewed lengthy e-mail from Sugar – described what she witnessed on<br>1/29, 2/15, and 3/12 – replied that I'd put 1/29 and 2/15 in Dec<br>But did not want to open can of worms for 3/12 | .2 hours<br>Reduced to 1/2 |
| 3/14/13 – Reviewed video e-mailed by Sugar – De-Occupy member being arrested<br>For no reason | .5 hours<br>NO CHARGE |
| 3/20/13 – download scheduling Order – Review | .2 hours |
| 3/29/13 – reviewed e-mail from Sugar re: cost of items seized<br>Itemized by date of seizure | .2 hours |

**EXHIBIT EIGHT**

**2.2**

| | |
|---|---|
| 4/2/13 – Reviewed Transcript of 3/8 proceedings | .5 hours |
|         Identified inconsistency with 2/5 transcript | |
|         Specifically told on 2/5 that I could incorporate PI as applied | |

4/2/13 – Reviewed 1/17/13 Transcript                     .2 hours

4/13/13 – reviewed video sent by Sugar of raid on 4/10/14 where City violated   .5 hours
        Agreed Order repeatedly                               NO CHARGE

4/18/13 – Review Minute Entry re:  Passage of Bill 7 – Court wondering if PI is moot   .1 hours

4/18/13 – Discuss mootness issue with Brian             .3 hours

4/18/13 – Research mootness issue                       .8 hours

4/21/13 – E-mail from Sugar – she is moving to Hilo but will be back for 17th   .3 hours
        Available to sign docs.  Discussed implications with Brian

4/24/13 – Rec'd e-mail from Sugar – they moved across King by Blaisdale.  After   .6 hours
        Erection of Planters, difficult to stay out of park/Discussed
        With Brian/clients – specifically effect of Agreed Order

4/25/13 – Continued discussion about camp move/Sugar leaving with Sugar and Brian   .3 hours
        Also, there was a raid where medications were taken
        Additional chain of e-mails

5/2/13 – Received letter from Ernest dated April 30 – lists multiple "?'s"
        – e-mailed him telling him that I believe we can       .3 hours
        Stipulate to many facts/and that I was working on it
        Told him it was our intent to dismiss Andy Smith and Santos
        Needed time to look into legal implications

5/3/13 – E-mail form Ernest stating that my response to his letter April 30 was   .3 hours
        "not helpful at all" – says will not wait until "dust settles to dismiss
        Santos and Andy – says that he will ask for sanctions if Shimizu
        Is there but is not cross-examined – says I should have to cross
        Chun by deposition – wants to know who is Ano Puchalski

        Responded as follows:

                think it is reasonable for me to ask you to wait until at
        least after these direct declarations are done to dismiss Santos-
        which there was certainly a basis to name until the City took a
        position that he played no role in this action. Further, he made an
        admission that my clients will testify to.  But if you would only
        have him come to say that he nor the HPD played a role in these
        raids, then I don't need to cross him, don't think he would be
        material, and as I've told you, intend to dismiss him as a

**EXHIBIT EIGHT**

**3.7**

defendant. I see no way that he could possibly incur fees or costs under these circumstances so send what you want. As to Chun, you told me that he would not be available in March. I agreed to a deposition for that purpose. Last week, you told Judge seabright he may be deployed and you now MAY want to depose him. I have no control over the fact that you waited this long. And it is not reasonable to expect me to rearrange my entire schedule, much of which can't be rearranged, at a moments notice to convenience your witness. Further, my response asked you for dates so I could check availability.  If you submit a direct dec, I am entitled to cross him. If not the judge said it would not be considered. As for Shimizu, again he is your potential witness. If you want to submit a direct declaration, he must be available for cross. So if you want to save some purported costs in having him available for cross examination, then don't try to elicit him for direct. I haven't even seen your direct decs and have no idea nor could i know. what I may or may not ask any of the witnesses.

| | |
|---|---|
| 5/3/13 – Another e-mail from Ernest saying "I think we are making progress" | .2 hours |
| Says Shimizu's Direct Dec is same as that for sanctions | |
| | |
| Says he will submit Santos declaration | |
| Can we dismiss Andy Smith? | |
| Says he has no control over Chun's "international travel schedule" – and it is somehow my fault for Chun's unavailability Because I dared amend the Complaint | |
| | |
| Replied back giving Ernest several dates for Chun to be deposed For cross examination | |
| | |
| 5/3/13 – E-mail from Ernest saying after the 1st sentence would not agree to stip facts | .1 hours |
| Doesn't like the word "raid" | |
| | |
| 5/3/13 – Wrote Ernest back asking if the e-mail was intended to mean that the City Would not make a good faith effort to identify specific objections/ | .1 hours |
| | |
| 5/3/13 – e-mail from Ernest saying the City was "trying" to review stip facts Said we had simply copied self-serving declarations | ,1 hours |
| | |
| 5/3/13 – wrote Ernest back observing that many of the stipulations are derived or Supported from City's Decs.  Also, states if he doesn't Like the word "raid," I'm certain we could resolve that | .1 hours |
| | |
| 5/3/13 – e-mail from Ernest saying the City simply would not agree to Stips Says the facts make him admit to liability – offered to Try to take a "crack at it"  Says it is "self-serving" – An e-mail also saying he will get back to me with Chun dates | .1 hours |

**EXHIBIT EIGHT**

**.6**

5/3/13 – spoke with Ernest – asked him to reciprocate with stip facts                .1 hours

5/4/13 – Wrote Ernest e-mail back saying:                                            .2 hours

> And, yes, if you are dissatisfied, although I maintain that ours are
> basically the cut and dry facts, then please present your own which I
> asked you yesterday and again this a.m. to reciprocate.
>
> But as a practical matter, are you really challenging that a raid happened
> on certain date, that stuff was taken, that the stuff shown on the videos
> being thrown into garbage trucks was actually thrown into garbage
> trucks? I mean, c'mon Ernest. I'm not aware that you've ever denied such
> facts, and the only thing you have ever added to these largely
> indisputable facts are things like Madori's tent was in a tree, and that
> Chun called the campaign manager about the Gabbard sign. I understand
> that there may be some dispute about whether an item was tagged or not,
> but if you dispute that, we can easily remove those things. So, I had
> anticipated that you would look at our proposed stips and say you
> disagree with this paragraph, want to change this word, or want to add
> this circumstance. Frankly, while I realize that the facts are
> detrimental to your legal position, I do not see how stating such facts is
> self-serving.

5/6/13 – Sent Chris Smith his Declaration via e-mail saying I need it today          .5 hours
                    And asking him to verify the accuracy of information in Dec

5/9/13 – Discussed Declaration with Brian                                            .1 hours

5/15/13 – E-mail from Brian re:  Sugar wants to do press release – did not receive releas  .1 hours

5/20-22/13– Monitored/Reviewed e-mails between Brian and Ernest re: PI Order .1 hours

5/23/13 – Reviewed Brian's final draft agreed PI Order to Ernest                     .1 hours

5/24/13 – Reviewed proposed press release from Sugar/told her I thought the press    .6 hours
                    Release was a bad idea.  I also thought that she should not
                    Put the City is playing "cat and mouse" games. And, I would
                    Just shorten it to say we are ecstatic about result and the vast
                    Majority of our claims survived the City's MTD.
                    De-Occupy is upset over Star Advertiser falsely reporting it as
                    if we lost – I advised them not to deal with Star Advertiser,
                    which is apparently not an objective media outlet but a gov't
                    propaganda mill partially owned by city political stooges.  Sugar
                    insistent so  I told her I just give advice, much as a dentist tells
                    you to floss your teeth every day

5/28/13 – Review Ernest's Initial Disclosures                                        .3 hours

**EXHIBIT EIGHT**

**2.0**

| | |
|---|---|
| 5/29/13 – Ernest requests conference re:  Thomas Square area of PI | .1 hours |
| 5/30/13 – Discussed Stipulated PI with Brian | .3 hours |
| 5/30/13 – Discussed Stipulated PI with Ernest<br>            Only point of contention will be whether applies to Plaintiffs<br>                       Outside Thomas Square<br>            Agreed to ask Judge Seabright for status to help resolve | .2 hours |
| 6/3/13 – Spoke to Brian – still no revised version of stip from Ernest (?)<br>            Brian to e-mail Ernest asking for one<br>            (rec'd return e-mail saying this afternoon Ernest<br>            Would get us one) | .1 hours |
| 6/3/13 – Discussed Revised Stip with Brian<br>            Brian thinks only paragraph 1 changed<br>            e-mailed Ernest who says change(s) redlined | .1 hours |
| 6/3/13 – Rec'd e-mail from Sugar re:  Choon James who has had her property taken<br>            Exchanged e-mails with Sugar | .2 hours<br>NO CHARGE |
| 6/4/13 – Reviewed Revised Stip from Ernest/Reviewed<br>            (also reviewed e-mails between Brian and Ernest re:<br>            Finalizing Stip – from 6/3 and 6/4 NO CHARGE) | .4 hours |
| 6/4/13 – e-mails with Ernest re: approval of stip – he will change last sentence<br>            To say Opp due 30 days after/asked him to resend stip<br>            To dismiss Andy and Santos (total e-mails exchanged)<br>            *SAID HE'D FILE STIP | .2 hours |
| 6/5/13 – reviewed filing on Pacer – Ernest's letter from 5/31 | .1 hours |
| 6/6/13 – Brian and I Spoke with Ernest re: last minute change to stip./accepted<br>                                                      his change | .2 hours |
| 6/24/13 – Reviewed rules for SNO – exchanged e-mails with Brian and Sugar | .8 hours<br>NO CHARGE |
| 6/27/13 – Received e-mail request from Ernest asking for word versions of 2nd and<br>            3rd amended complaints | .1 hours |
| 7/1/13 – Received Letter from Ernest accusing one of my "clients" of claiming property<br>            That wasn't his – don't even know who this person is | .3 hours |
| 7/1/13 – e-mailed Ernest re: his 7/1 letter asking him who the person was | .1 hours |
| 7/2/13 – reviewed e-mail/video from Sugar re: 6/27 raid<br>            Exchanged e-mails with Sugar | 1 hour<br>NO CHARGE |

**EXHIBIT EIGHT**

**2.2**

| | |
|---|---|
| 7/2/13 – exchanged e-mails with Ernest re:  letter 7/1 | |
|    Ernest told me that a De-Occupy member had tried to reclaim property | .2 hours |
|    That was not his – Not a client and didn't know his name | |
|     From TX and wears a baseball hat | |
| 7/2/13   Drafted e-mail bringing this reclaiming to clients' attention and advising that | .6 hours |
|    This should not happen/exchanged e-mails with Sugar | |
| | |
| 7/23/13 – exchanged e-mails from Ernest re: stip to dismiss Andy and Santos | .1 hours |
|    Forwarded to Brian asking him to figure out if this hurts our | |
|    Case otherwise and how to go about doing it in the event that | |
|    Ernest's proposal is not the appropriate means | |
| | |
| 7/25/13 – Review Answer | .8 hours |
| | |
| 7/26/13 – Informed a raid happening at TS – likely Bill 7 | .1 hours  NO CHARGE |
| | |
| 8/6/13 – Telephone Discussion with Chris Smith | .1 hour |
|    Try designate him as leader | |
|    Talk about evacuating Thomas Square | |
|    Make a wish list of things De-Occupy wants | |
| | |
| 8/6/13 – Telephone Discussion with Brian about Scheduling Conference | .2 hour |
| | |
| 8/6/13 – e-mail from Ernest asking that I call him | .1 hour |
| | |
| 8/6/13 – Telephone Discussion with Ernest | .2 hour |
|    Ernest said he would advise the City not to settle if attorney's | |
|    Fees are more than $5000 | |
| | |
| 8/15/13 – Reviewed filing – withdrawal of Dodd and Black Doc. 143 | .1 hours |
| | |
| 8/22/13 – reviewed e-mail/evidence of another Bill 7 raid at TS | .9 hours  NO CHARGE |
| | |
| 8/30/14 – rec'd e-mail and document from Sugar re:  Bill 7 raids and descriptions of | .1 hours  NO CHARGE |
|    Those raids | |
| | |
| 8/31/13 – Reviewed Sugar's request for admin hearing for Bill 7 Raid | .2 hours  NO CHARGE |
| | |
| 9/4/13 – email exchange/review video of recent raids – Bill 7 – drafting complaint before | 1 hour |
|    Leaving for Wy | NO CHARGE |
| | |
| 9/5/13 – received exchanged numerous e-mails from Sugar re:  Bill 7 | 1.2 hours  NO CHARGE |

**EXHIBIT EIGHT**

**2.4**

THE FOLLOWING (9/10, 9/16, 9/20), I REVIEWED/DISCUSSED WITH BRIAN  AFTER MY RETURN FROM WY:

9/10/13 – reviewed e-mail exchange between Ernest and Brian re: discovery deadline      .1 hours
                    Extension and dismissing Andy Smith/Santos
                    Ernest agreed to 4 day extension for our discovery requests
                    Brian to w/draw Second Motion for Sanctions

9/16/13 – reviewed forwarded message from Sugar re: items not returned at      .4
                    Apt. with City/Discussed with Brian      NO CHARGE

9/20/13 – email from Sugar regarding Administrative Heargin      .1
                          NO CHARGE

10/3/13 – Drafted letter to Judge Chang – despite having raised the issue before      .2 hours
                    The dispositive motions deadline is the day before the next
                    Conference with Judge Chang – Plaintiffs did not wish to incur
                    Attorneys' fees unnecessarily if conference was successful
                    So had not commenced discovery/deadlines should be moved

10/4/14 – Unbelievably, received letter from Ernest to Judge Chang stating that it      .4 hours
                    Was my fault that the MSJ deadline was impending – despite me
                    Having informed the Court and Ernest of WY TLC at the first instance
                    Also says that our efforts to not incur unnecessary Attys' fees
                    Is "disingenuous because of the Motion for Sanctions which was
                    Withdrawn (and has been marked as "NO CHARGE" throughout
                    Timesheets)

10/7/14 – Drafted/edited/sent letter to Judge Chang in response to Ernest's 10/4 letter      .5 hours
                    Observed:  I disclosed I'd be in WY at the onset of these discussions
                    And had the Court's blessing to do so and that I recalled Judge Chang
                    Specifically stating we'd be afforded time for dispositive motions
                    If Conferences were unsuccessful; we had not propounded our
                    Discovery to avoid doing further work; informed Judge Chang
                    Of tyrannical enforcement of Bill 7 (SNO) – so we filed a new
                    lawsuit; and have received no response to the wish list

10/15/13 – Discussed Status Conference with Brian      .1 hours

10/17/13 – Obtained/Reviewed new scheduling Order – ensured calendared      .2 hours

10/25/13 – Spoke with Brian re: substance of status conference      .1 hours

10/28/13 –Research who owns campaign sign and criminal acts in taking sign at      2.3 hours
                    Behest of candidate

11/3/14 – Discussed with Brian proposed settlement demands (he met with clients)      .6 hours

**4.1**

**EXHIBIT EIGHT**

11/4/13 – Reviewed e-mail from Brian to Ernest re:  settlement demands          .1 hours

11/6/13 – E-mail from Ernest asking why we sent written discovery              .3 hours
          I responded explaining to him that MSJ was moved until January
              And we are running out of time on getting discovery done
              Also discussed "safe zones." "Deal-breaker"
               Told him my clients had nowhere to go while
              the City decided to change policies or not
              Also, Andy Smith wants to stay in the lawsuit
                  Ernest replied "seriously? He's not in
                  Hawaii – needs to send me rog responses
                  NOW"
              Agreed to get depo dates

11/29/13 – Send PI from Bill 7 case to Sugar                                  .1 hours
                                                        NO CHARGE

12/3/13 – Ernest requests all written discovery in Word format so that he doesn't .1 hours
              Have to re-type answers/Brian provides
              E-mail discussion re:  depo scheduling

12/5/13 – Judge Chang continued settlement conference from 2/26 until 3/3      .1 hours
              Made sure calendar updated/Forwarded to Brian

12/12/13 – Reviewed e-mails from Sugar to DFM employees regarding            .2 hours
              Retrieval pursuant to Bill 7 injunction

12/13/13 – Reviewed List from Sugar re: what items they wish to pick up        .1 hours

12/16/13 – Drafted/sent letter to Judge Chang requesting phone call to move dates .1 hours

1/24/14 – Received e-mail from Sugar re: what days she will be unavailable      .1 hours
              For the case – including can not sign declarations, etc.

2/2/14 – Rec'd e-mail re: cost of camera and cables that City "lost" after Bill 7 seizure .1 hours
                                                        NO CHARGE

2/5/14 – Brian rec'd word that Sugar's depo again to be moved per Ernest      .1 hours

2/24/14 – Spoke with Sugar – Cc'd on e-mails – Brian hurt in car wreck/try catch up .5 hours
              On Motion for Sanctions for not returning camera Bill 7        NO CHARGE

2/24/14 – Notice from the Court that Settlement Conference moved              .1 hours

1.2

**EXHIBIT EIGHT**

2/27/14 – Review letter from Admin Hearing Officer – affirming Sugar's request to waive.2 hours
               Fees and allow immediate pick up in light of Judge Kobayashi's  NO CHARGE
               PI

3/9/14 – Report from Sugar re:  item pick  up Bill 7 – More missing items/talked to Brian .2 hours
               NO CHARGE

3/17/14 – reviewed e-mail where Brian trying to offer Sugar for yet another depo   .1 hours
               Setting (changed repeatedly by City)

4/17/14 – hearing scheduled for 5/27 -    calendar           .1 hours

4/18/14 – Deliver manual filing               .5 hours

4/18/14 – Scheduling Conference moved again per Court – update calendar    .1 hours

5/6/14 – Got new address for Sugar             .1 hours

5/6/14 – conference call with Ernest/Brian (agreed to have motion to w/draw   .1 hours
Admitted admissions heard same day as MSJ)

5/12/14 – Spoke with Brian re:  Order striking – just need to add authentication  .6 hours
            And add specific references to videos and refile
               Brian can get videographers on board to submit add'l Decs

5/12/14 – discussed settlement with Brian and what relief we should demand   .1 hours

5/14/14 – discussed Settlement Conference Statement with Brian/changed FN1 and 3 .1 hours

5/16/14 – discuss 36(b) Response with Brian           .2 hours

5/27/14 – e-mail exchange with Ernest – requesting form to dismiss individuals  .3 hours
               Replevin terms

5/29/13 – requested a copy of transcript from Ernest (apparently they were able  .3 hours
            To get Sugar's despite it being incomplete – I needed to
            Figure out her total losses)
            Ernest would not provide due to court reporter statute
            E-mail about announcing settlement tomorrow (P's can't get
            There) and my ideas about Replevin Language

5/29/13 – Ordered Sugar transcript from Carnazzo         .1 hours
$404 Expense

5/31/14 – Read astounding press release/article where city spokesman (Jesse   .3 hours
            Van Dyke (rel. to Professor who helped draft Bill 54(?)))  said the
            Settlement is "a significant victory for the people of the City and
             County of Honolulu," and that "the settlement is smaller than
            what legal fees could have amounted to" and "Under the settlement,

**EXHIBIT EIGHT**

**3.0**

> the city will pay $1,000 to the plaintiffs and not admit any wrongdoing. . . . The plaintiffs' lawyers may be able to recover legal costs in a hearing next month, but that likely won't happen because of the settlement, said Broder Van Dyke."

5/31/14 – Discussed press release with Brian – considered filing for sanctions          .5 hours

6/17/14 – Ernest e-mailed asking what is status on Settlement Agreement          .1 hours

6/20/14 – Consulted with another attorney about Settlement Agreement language          .2 hours

6/27/14 – e-mailed Ernest's secretary because hadn't heard from him          .1
                                                                                                          NO CHARGE

6/27/14 – spoke with Ernest – discussed changes in settlement agreement          .2 hours
        Discussed specifically the "not looking to agreement"
        Part for purposes of fees – agreed to put add'l term clarifying
        That Court may look to terms of agreement to determine
        Prevailing party and amount of fees

6/27/14 – called Ernest regarding extension (no objection)          .1 hours
        Can't find Dom

7/8/14 – e-mail from Ernest re:  further settlement agreement revisions          .1 hours
        Brian had discussed with him/only had phone so no review

7/8/14 – Discussed further defense S.A. Revisions with Brian/ e-mail Ernest asking for          .1 hours
.rtf

7/9/14 – exchanged e-mails with Ernest re:  SA Final version – Ernest gave word City          .1 hours
        Would sign.

7/13/14 – Talked to Brian because he is going on vacation – I will stay in touch with          .1 hours
        Sugar/De-Occupy re: finding Dom

7/14/14 – Got texts from Sugar – she will be dropping off signed agreements          .2 hours
        Met with her briefly re:  signed agreements and
        Spoke about how we could find Dom

7/15/14 – texted Sugar – told her we got the requested 2 week extension because  .1 hours
        Couldn't find Dom – asked her to PLEASE keep trying
        To find him

7/17/14 – exchanged texts with Sugar re: finding Dom – no new updates          .1 hours

7/17/14 – e-mailed Madori and Chris Smith requesting any available help in finding Dom .1 hours

**1.9**

**EXHIBIT EIGHT**

7/19/14 – exchanged texts with Sugar re: finding Dom – no new updates –          .1 hours
                      But she hopes he will come to Food not Bombs meeting Sunday

7/21/14 – Text from Sugar saying Dom in OCCC
                      She spoke to Dom's father – talked to Brian about going to see him          .2 hours

7/22/14          Talked w/ Brian about going to OCCC          .1 hours

7/23/14          Talked w/ Brian – he's verified with OCCC instructions to see Dom          .1 hours

7/25/14 – Sent Ernest complete Agreement with all signature pages          .1 hours

7/26/14 – e-mail exchange with Ernest re: dismissal          .1 hours

7/28/14 – talked with Kevin about Atty's fees Dec          .1 hours

**.8**

**Total Case Admin Hours:**          **80.1**

**Total  Billed Case Admin. Hours:**          **65.9**

**Hours Expended at "No Charge"**          **\*14.4**

## B,  Pleadings

11/12/12-Drafting Complaint          4.7 hours
                      Drafted facts for each event after reviewing evidence

11/12/12 – Draft Complaint          5.5 hours
                      Researched/Drafted counts –
                      Researched/Drafted parties to include
                      Drafted Jurisdiction

11/15/12 – Draft Complaint          2.5 hours
                      Add Madori
                      Added Counts

11/17/12 - Revise Complaint according to Decs          2.2 hours

12/9/12 – Correct Complaint with Sugar's notes – add 11/21 incident          3.2 hours

12/9/12 – e-mail corrected Complaint to Sugar; review her return notes and make          .5 hours
                      Corrections/Email final to Brian

12/11/12- Rec'd Brians edits to Complaint/Made Brian's Corrections to Complaint          1.1 hours

**EXHIBIT EIGHT**

**19.7**

| | |
|---|---|
| 12/12/12-File suit | .6 hours |
| 1/31/13 – Draft amended Complaint | 1 hour |
| 2/27/13 – Draft Amended Complaint | 2.3 hours |
| 3/1/13 – File Amended Complaint  [Doc. 67] | .1 hours |
| 3/12/13 – Review Exhibits Second Amended Complaint | 1 hour |
| 3/14/13 – Draft Second Amended Complaint pursuant to Judge Seabright's Order Adding Dominic/Shimizu – responding to MTD and other concerns | 4.2 hours |
| 3/15/13 – Review/Revise/Amended Complaint- | .5 hours |
| 3/18/13 – Draft Motion to Leave/File Second Amended Complaint (did not go through on Pacer) | 1.5 hours NO CHARGE |
| 3/18/13 – Order re: Leave granted (reviewed) | .1 hours NO CHARGE |
| 3/18/13 – Filed 2d Amended Complaint | .2 hours NO CHARGE |
| 3/18/13 – Manual Submission of DVD's – compile and copy | 1.8 hours NO CHARGE |
| 3/18/13 – e-mailed courtesy copy to Ernest because didn't go through on Pacer | .1 hours NO CHARGE |
| 6/22/13 – Draft Third Amended Complaint pursuant to Order on MTD | 1.2 hours |
| 6/23/13 – Draft Third Amended Complaint pursuant to Order on MTD | 3.5 hours |
| 6/23/13 – Review/Revise/ Third Amended Complaint | .5 hours |
| 6/24/14 – Final Review/Revision/Edit to Third Amended Complaint | 1 hour |
| 6/24/13 – File Third Amended Complaint | .1 hours |

**Total Pleadings Hours:**          **39.4**

**Total  Billed Case Admin. Hours:**          **35.7**

**Hours Expended at "No Charge"**          **\*3.7**

**EXHIBIT EIGHT**

# C.  Interrogatories, document production, and other written discovery

8/15/13 – Reviewed written discovery requests from Ernest            .5 hours
           Discussion with Brian – Brian will work with clients to answer

8/25/13 – Sent Defendant's Written Discovery Reqs to Clients        .1 hours

8/25/13 – Reviewed Sugar's e-mail asking whether they have to answer all the questions .1 hours
           Some of the questions seem irrelevant to her

8/26/13 – Drafted e-mail answering Sugar's questions re: written discovery, above     .2 hours
           Yes, do have to answer.  We can object.  If question about how to
           Answer, please discuss with me, name De-Occupy members that you know
           Etc.

8/29/13 – e-mail from Madori asking what to do with discovery answers/print, scan, etc. .1 hours
           Told her that I would need a signed copy but in the meantime she
           Can send me electronic version

8/31/13 – Received Answers to written discovery from Sugar and De-Occupy/Reviewed  1.2 hours

9/5/13 – reviewed answers from Written Discovery from Sugar – made revisions –      .6 hours
           Sent to Brian for finalizing while I am in WY

10/4/14 – Reviewed Plaintiffs' discovery responses (sent to Ernest 9/19 by Brian) 1.6 hours

10/22/13 – Draft Requests for Admissions to the City            4.3 hours

10/23/13 – Draft Requests for Admissions to the City            7.2 hours

10/24/13 – Draft Requests for Admissions to the City            2.5 hours

10/28/13 – Draft Requests for Admissions to the City            4.5 hours

10/29/13 – Draft Requests for Admissions to the City            3.2 hours

10/29/13 – Draft Requests for Admissions to the City            3 hours

Brian Re-arranged to individual Defendants/Drafted Rogs

11/4/13 – Reviewed/Revised Brian's Written Discovery Draft            .7 hours

11/12/13 – Filed COS re: Propounding of written discovery for Brian        .1 hours

11/12/13 – Review/Revise Request for Production of Docs            1.5 hours

**EXHIBIT EIGHT**

| | |
|---|---|
| 11/13/13 – Deliver RFD of Docs | .3 hours |
| 11/14/13 – File COS of RFD | .1 hours |
| 12/23/13 – Reviewed letter written from Brian to Ernest – told Ernest we do<br>        Not have discovery responses and discusses depo dates | .1 hours |
| 12/30/13 – E-mails exchanged with Ernest – concedes that discovery responses are<br>        Late/ asked for joint extension because I received no response from<br>        Letter to Judge Chang requesting extension of MSJ date | .2 hours |
| 1/8/14 – Received Chun written discovery responses – more than 30 days late<br>        Reviewed responses/Forwarded to Brian | .7 hours |
| 1/9/14 – Received Morikawa written discovery responses – more than 30 days late<br>        Reviewed responses/Forwarded to Brian | .6 hours |
| 1/15/14 – Rec'd shimizu responses/reviewed – more than 30 days late | .5 hours |

## Total  Billed Written Disc. Hours:      32.3

## D.  Depositions

| | |
|---|---|
| 11/7/13 – Depo Notices rec'd from Ernest/reviewed | .1 hours |
| 11/19/14 – Retrieve/Review Documents re: Dominic James' claims<br>        Depo Prep | 1.7 hours |
| 11/20/14 – Review claims/incidents/videos/docs and prior testimony re: Chris Smith | 4.1 hours |
| 11/20/14 – Review e-mails/Docs re:  Dominic James in order to prepare for depo | 1.9 hours |
| 11/21/14 – Spoke with Chris Smith re: depo and questions | .2 hours |
| 11/21/14 – Defend Dominic James' depo<br>        Commenced at 9 a.m. concluded at 11:30 a.m. | 2.5 hours |
| 11/21/14 – Defend Chris Smith Depo<br>        Commenced at 1:25 p.m. concluded at 5:20 p.m. | 3.9 hours |
| 11/21/14 – E-mail from Ernest cancelling Sugar's depo for tomorrow because of<br>        "Fires" – wants to move to 12/4, 12/5 or 12/6 – agreed to move | .2 hours |
| 11/21/14 – Spoke with Brian re:  Coordinating schedules to move depo | .1 hours |
| 11/22/13 – E-mailed Ernest back re:  moving depo dates.  Gave him my and Brian's sched.<br>        Asked for Dates for Morikawa and Chun | .1 hours |

**EXHIBIT EIGHT**

11/26/13 – e-mail to Ernest – haven't heard anything back on proposed depo dates         .1 hours
               Particularly concerned about Madori

12/10/13 – Brian prepared Notices of Deps – I reviewed/Paralegal delivered         .1 hours

12/10/13 – multiple e-mails w/ Ernest re: Notice of Depos  -         .3 hours
          says not available on noticed dates
          Exchange e-mails re: availability of Deponents/counsel
          Ernest now says that if I'd just asked to move the MSJ dates
          Back rather than Notices of Deps, City would agree (this despite
          Letter of 10/4
          Agreed to move MSJ and depos back

12/12/13 – Defend Sugar Depo         5.4 hours
          Commenced 9:51a.m. and concluded 3:43 p.m.
               (reduced .5 for breaks)

12/13/13 – Discussed/confirmed depo dates with Ernest         .1 hours

1/5/14 – Discussed with Brian what we should elicit from Chun         .3 hours
          Decided because the Admissions had not been answered
          To try to have him authenticate videos and get background
          Rather than detailing every incident

1/5/14 – Prepared for Chun Depo         3.1 hours
          Reviewed Decs he'd submitted and the arguments used for
          Reviewed videos
          Outlined questions and evidentiary support for those questions

1/6/14 – Compiled copied exhibits for Chun Depo (incurred costs)         .3 hours

1/6/14 – Deposed Chun         3.8 hours
          Commenced 1:10 p.m. – concluded 5 p.m.

1/13/14 – Informed Ernest about foregoing Morikawa depo – Ernest responded         .2 hours
          Concerned about taking Sugar's and Madori's depo (?)
          Told Ernest to make the record clear, we are not requesting the extension
          Don't think we need it because of the admissions
          Ernest said "Judge Chang took it upon himself to call us in for informal
          Discussions.  This caused us to hold off on discovery." (Marked
          Difference with the letter of 10/4)/Agreed to be available for
          conference

1/30/14 – Rec'd Second Amended Notice of Depo for Sugar for 2/6/14         .2 hours
          Discussed with Brian
          City had cancelled previous one at the last minute

## Total  Billed Deposition Hours:         28.7

**EXHIBIT EIGHT**

## E.  Motions practice

| | |
|---|---|
| 11/15/12 – Draft (research) PI/TRO memorandum | 2 hours |
| 11/16/12- Draft (research) PI/TRO memorandum | 3.2 hours |
| 11/17/12 – Research/draft TRO/PI Memorandum | .8 hours |
| 11/17/12 – Draft Client Decs PI/TRO | 2.0 hours |
| 11/21/12-Draft TRO/PI Memorandum/Revising | 1.5 hours |
| 11/22/12 – Finish first draft of TRO/PI Memorandum – | 3.8 hours |
| 12/9/12 – Draft Sugar's Declaration – sent to Sugar | 1.2 hours |
| 12/9/12 – Got e-mail from Sugar regarding corrections to Complaint.  Made those Corrections – sent to Brian | .4 hours |
| 12/10/12 – instruct and assist Darko in adding Exhibits to Sugar's Declaration | .3 hours |
| 12/10/12 – Review Sugar's comments on Dec/Correct Sugar's Declaration/ add "lockbox" incident E-mailed to Sugar for signing | .8 hours |
| 12/10/12 – Draft Chris Smith's Declaration/e-mail Darko to add Exhibits | 1.2 hours |
| 12/10/12 – Draft Madori's Declaration/send to Madori | 1.0 hours |
| 12/11/12 – e-mail from Sugar re:  Chris Smith's Declaration – made correction re: Number of pallets/also discussed scheduling for Dec signing | .1 hours |
| 12/11/12 – e-mail from Madori regarding biographical and that she lived in Thomas Square for 7 months | .1 hours |
| 12/11/12-meet with Chris Baker – Review CorrectBaker Declaration/Review Exhibits | 1.0 hours |
| 12/11/12- Compile Declaration Exhibits | .5 hours |
| 12/11/12 – Meet with Chris Smith – Consult/Review Declaration – further corrections To Dec – changed the sign | .8 hours |
| 12/11/12- Meet with Sugar – Consult/Review Declaration – Sign | .5 hours |
| 12/11/12 – Meet with Madori – Consult/Review Declaration/Correct/Sign | 1.0 hours |
| 12/11/12 – Review/Correct PI Memorandum/Draft TRO Motion/Compile Exhibits | .8 hours |
| 12/11/12 – Print/Compile Papers/exhibits to be copied    (including Complaint) | 1.5 hours |

**EXHIBIT EIGHT**

**24.5**

| | |
|---|---|
| 12/12/12 – Copying/organizing papers for filing  (including Complaint) | 1.5 hours |
| 12/12/12 – Review Copies | .2 hours |
| 12/12/12 – TOC/TOA for PI | .5 hour |
| 12/12/12-Place disks in PI (tape and bind) | 1.5 hours |
| 12/13/12 – Draft proposed TRO agreement; Discuss with Clients | 1.0 hours |
| 12/14/12 – Revised TRO agreement review; propose language;  discussions with City attorneys, Brian, Clients; review last revision; draft letter To Judge Seabright, submit agreement | 2.5 hours |
| 12/14/12 – Call from Nora (J. Seabright's chambers)– asked to draft proposed order; draft proposed order and Submit for City Review | .5 hours |
| 12/14/12          Draft 2nd letter to Judge Seabright requested TRO hearing in light of City will now not agree to Order being entered as discussed | .3 hours |
| 12/18/12 – Reviewed final version of agreement – gave consent to sign | .2 hours |
| 12/20/12  -  Draft, compile Declarations for Motion for Sanctions | 2.8 hours |
| 12/21/12 – Draft motion for Sanctions/Filed Motion for Sanctions with exhibits | 1.2  hour |
| 1/11/13 – Review Defendant's Response to Motion for Sanctions Investigate allegation that tent poles were glued together (review vids) | .8 hours |
| 1/11/13 – Revise Chris Baker Declaration/Discuss with Chris | .8 hours |
| 1/11/3 – Draft Reply to Defendant's Response to Motion for Sanctions | 5.5 hours |
| 1/11/13 – forwarded Draft of Decs to Brian – discussed with Brian (edits) | .4 hours |
| 1/15/13 – Draft Chris Smith Supplemental Declaration/Meet with Chris for review And signing/File Supplemental Declaration Phone Records | 1.5 hours |
| 1/15/14 – File Phone Recs as supplemental exhibit Doc. 43 | .2 hours |
| 1/29/13 – Prepare Motion to Reconsider/Review previous filings to cite and review video To included times – prepare declarations | 2 hours |
| 1/29/13 – Try to track down Dominic – to sign Declaration (e-mails/phone calls) | .2 hours |

**EXHIBIT EIGHT**

**23.6**

1/29/13 – Meet with Dominic and Sugar – Dominic signed Declarations/Sugar identified  .8 hours
Potential witnesses (Milani and ? – at the Victoria side
Of Thomas Square – used to be active in De-Occupy
But not any more – and apparently threatened by
Supervisor who tagged today) – Instructed Sugar to document
NOT cause problems, offer commentary or confront anyone
Much of property has been removed to private property

1/29/13 – File Motion to Recon.  Prepare copies for Court; Download vids to disc and prepar 1.5 hou
Documents for manual filing

2/6/13 – Research/Draft superseding PI –                                      6.2 hours
Incorporated old pursuant to Court's specific permission the
Day before

Delivery Superseding PI to court (Darko was injured)                          .5 hour

2/9/13 – Download/Review Motion to Dismiss                                    .6 hours

2/20/13 – download review Supplement to Motion to Dismiss                     .1 hours

2/22/13 Edit/Research Draft  Response to Motion to Dismiss                    7.1 hours
(Brian handled 1a claims and torts – I handled Due Process , 4th, takings)

2/23/13 – Review Defendants' Response to superseding PI                       .9 hour

2/25/13 – Deliver Response to Motion to Dismiss to Court                      .5 hours
Paralegal Rate

2/25/13 – Draft Reply to Defendants' Response to PI                           4 hours

2/26/13 – Draft Reply to Defendants' Response to PI                           3.5 hours

3/1/13 – Final edits to Reply                                                 .4 hours

3/1/13 – File Reply                                                           .1 hours

3/1/13 – Download/Review Defendants' Reply [Doc. 65]                          .4 hours

3/6/13 – Review Defendant's Statement re: PI and Mtn. Dismiss                 .2 hours
Wants to moot all pending motions

3/6/13 – Review Minute Entry from Judge Seabright re: Defendants' Statement   .1 hours

3/7/13 – Revise/Edit Statement to Judge Seabright                             .5 hours

**EXHIBIT EIGHT**

**27.4**

| | |
|---|---|
| 3/7/13 – File Statement | .1 hours |
| 3/11/13 – Scheduling Conference Statement/draft/file | .4 hours |
| 3/18/13 – Condense and Combine PI per Court Order | 3.5 hours |
| 4/1/13 – Download Review Denfendants' revised MTD | .4 hours |
| 4/1/13 – Final edits to Condensed Combined PI Order | .6 hours |
| 4/1/13 – File Condensed Combined PI Order | .2 hours |
| 4/2/13 – Minute Entry – Hearing on Motion set – Make sure in Calendar | .1 hours |
| 4/4/13 – got amended summons as to Shimizu | .1 hours |
| 4/5/13 – manually filing of DVD | .5 hours NO CHARGE |
| 4/13/13 – Draft Response to Defendants' revised MTD (relied heavily on previous Response thus shorter time period) | 2.8 hours |
| 4/15/13 – Final Edit Response | 1.2 hours |
| 4/15/13 – File Response | .1 hours |
| 4/15/13 – Review Ernest's Memo in Opp and attachments (Decs appear same) | .7 hours |
| 4/27/13 – Review Defendants' Reply | .5 hours |
| 4/27/13 – Draft Reply to Opposition to PI | 2.3 hours |
| 4/29/14 – Downloaded/Reviewd Ernest's new filing [Doc.94] | .2 hours |
| 4/29/14 – Final edits to Reply     {Doc. 95] | 1 hour |
| 4/29/14 – File Reply | .1 hours |
| 5/15/13 – Reviewed Supplemental Memo filed by Defendants | .3 hours |
| 5/15/13 – Drafted proposed PI Order – verbatim from TRO and letter re: retrieval Process/ e-mailed to Ernest | .4 hours |
| 5/15/13 – e-mails with Ernest re:  timing of submission of Order and that he Had to seek several "layers" of approval | .1 hours |
| 5/16/13 – rec'd supplemental memorandum from Ernest regarding fees/costs Under Bill 54 – essentially says (for first time) that the City | .6 hours |

**EXHIBIT EIGHT**

Will not ENFORCE fees/costs provision of Bill 54 – says
The fee amount has not yet been "fixed" by the City
[Doc. 122]

**15.3**

5/16/13 – Ernest says PI Order looks OK but wants to add some language saying          .1 hours
                 Not admitting wrongdoing

5/21/13 – Review Orders from Judge Seabright          1.5 hours
                 5/21/14 – Denied Facial Challenge only because not enforcing
                 Fees/costs provision

5/31/13 – Letter to Judge Seabright regarding terms of PI          .2 hours
                 NO CHARGE

6/5/13 – Letter to Judge Seabright – regarding Ernest's failure to file PI as agreed .5 hours

6/6/13 – Reviewed e-mail from Ernest to Judge Seabright re:  stip          .1 hours

6/6/13 – Review Final Draft PI/Order – Approved for filing          .2 hours

6/7/13 – Reviewed Pacer filing (letters Docs. 135-36)

8/20/13 – Draft Motion to Continue – send to Brian          1.5 hours

8/21/13 – Draft Motion for Sanctions          2 hours
                 NO CHARGE

8/22/13 – Draft Motion for Sanctions          1.5 hours
                 NO CHARGE

8/23/13 – File Motion for Sanctions with Decs          .5 hours
                 NO CHARGE

8/27/13 – Reviewed Order requiring further justification of Motion for Sanctions          .5 hours
                 Discussed with Brian          NO CHARGE

11/22/13 – Revew/Approve Stip Dismissal of Andrew Smith and Santos          .2 hours
                 NO CHARGE

4/10/14 – Prepare/draft MSJ – (actual motion) – reviewed complaint, discovery,          3.7 hours
To decided what specific relief would be requested.

4/11/14 – (MSJ Drafting con't) Excerpt depos/appropriate admissions/began
draft of statement of concise          6.8 hours
Facts and of facts in memorandum

4/11/14 – reviewed prior filings – excerpted appropriate prior arguments from          2.3 hours
Prior filings

**EXHIBIT EIGHT**

**16.2**

4/12/14 – began drafting actual arguments – divided into specific events   - drafted        7.2 hours
Factual allegations and concise statement of facts

4/14/14 – edited concise statement of facts – continued drafting argument – plug  10.7 hours
Facts in where appropriate – research torts (elements, conversion, replevin,
Trespass to chattels – HI law and treatises)

4/15/14 – continued with drafting/revising argument and concise statement of facts –        7.8 hours
Review citations to record to make sure correct – looked all over office and reviewed e-mails
To try find City admissions – concluded not disclosed

4/15/14 – discussed motion with Brian – asked him to check his e-mail and files for        .3 hours
Admissions

4/15/14 – edited brief, motion, and concise statement of facts        2.5 hours

4/15/14 – Asked Brian to Highlight cited discovery pursuant to local Rule        .1 hours

4/15/14 – scanning/downloading/saving  all exhibits (from Brian) in order to be        1.2 hours
Filed

4/15/14 – prepared/drafted declarations        1.1 hours

4/16/14 –  FINAL edit/revisions to documents/added revised arguments        4.8 hours
 – saved exhibits in order to be filed including motion, declaration

4/16/14 – final preparation, sorting of files for filing - filed/uploaded PACER        .6 hours

4/17/17 – Reviewed Ernest's Motions (Motion to withdraw admissions – researched)        1.2 hours

5/6/14 – prepared "Negligent Supervision/Training" portion of response        2.1 hours

5/6/14 – discussed MSJ response with Brian – specifically his progress and my
Responsibility to "plug" in the Negligent Supervision/Training arg.        .2 hours

5/6/14 – final review/edit of response        1.1 hours

5/7/14 – reviewed our response filing        .1 hours


5/7/14 – obtained/reviewed Ernest's memo in opp/Mtn. to shorten time        .3 hours

5/9/14 – Court granted Motion to shorten time/calendar        .1 hours

5/12/14 – Reviewed Order striking MSJ        .5 hours

5/13/14 – drafted Settlement Conference Statement/reviewed docket, filings        3.4 hours
**34.6**


**EXHIBIT EIGHT**

| | |
|---|---|
| 5/14/14 – final edit of Settlement Conference Statement | 1.2 hours |
| 5/14/14 – draft letter to Judge Chang/send to parties, Court | .2 hours |
| 5/15/14 – review e-mails from Ernest/Brian – letters to Court to assist Drafted Response to 36(b) Motion | 6.5 hours |
| 5/15/14 – drafting response to 36(b) Motion | 3.0 hours |
| 5/16/14 – draft/edit response to 36(b) Motion | 2.5 hours |
| 5/16/14 – final edits to 36(b) Response | 1.6 hours |
| 5/16/14 – file 36(b) Response on Pacer | .1 hours |
| 5/19/14 –Deliver courtesy Response – federal Court | .5 hours |
| 5/27/14 – Drafting Settlement Agreement | 3.0 hours |
| 5/30/13 – reviewed Ernest's revisions to agreement – asked him for a few days to Process it | ,4 hours |
| 5/30/13 – reviewed stip to dismiss City from Ernest | .1 hours |
| 6/21/14 – Received redline version of S.A. from Ernest/Reviewed | .5 hours |
| 6/23/14 – e-mailed Ernest with the language that I find most objectionable – i.e., The agreement seems to say the Court can't look to Settlement Agreement to determine prevailing party status | .2 hours |
| 6/25/14 –, Reviewed Ernest's Redline and adopted/Rejected changes calculated damages claimed by individual plaintiffs and put appropriate amounts In settlement agreement; e-mailed Brian and Ernest with explanation of changes/sent New draft  - biggest thing is the sentence that was not agreed to | 1.2 hou |
| 6/26/14 – e-mailed Ernest the version accepting/rejecting the redline version Specified to Ernest the exact changes that were made and why | .2 hours |
| 6/27/14 – received transcript of settlement on the record – to assist me with Settlement agreement discussions with Ernest - reviewed | .2 hours |
| 6/27/14 – Made edits to S.A per our discussion on Friday | .5 hours |
| BRIAN – ongoing settlement agreement revisions negotiation | |
| 7/9/14 – Put Paragraph 9 from Ernest's previous redline version of S.A. back into S.A. | .1 hours |
| 7/9/14 – drafted stip of individuals' dismissal/e-mailed to Ernest Ernest suggested caption correction/made correction | .2 hours |

**22.2**

**EXHIBIT EIGHT**

7/9/14 – sent stip of individuals' dismissal to Judge Seabright for entry/received    .1 hours
e-mail requesting it be sent in .pdf

7/10/14 – Stip to Dismiss Individuals filed by Court – Reviewed doc    .1 hours

7/25/14 -        Drafted/filed Notice of Settlement Agreemetn    .2 hours

7/25/14 -        Drafted sent to Ernest proposed Stip to Dismiss City    .1 hours

7/28/14 – submitted Stip to Dismiss to Judge Seabright    .1 hours

**.6**

| | |
|---|---|
| **Total Case Admin Hours:** | **169.8** |
| <u>**Total  Billed Motions Practice Hours:**</u> | <u>**164.4**</u> |
| **Hours Expended at "No Charge"** | **5.4** |

## F.  Attending court hearings

12/13/12 – Status Conference    .8 hours

12/17/12 – Emergency Status Conference – City agreed on the record that the    .8 hours
TRO agreement would be enforceable against it

12/21/12 – Status hearing called by Judge Seabright    .5 hours

1/10/13 – Preparation of Declarations of Chris Smith, Dominique James, and Doug    1.6 hour
Matsuoka for Sanctions Hearing

1/11/13 – Preparation of Letter to Judge Seabright – scan and file Declarations    .5 hours
Re: update on discussions re: testimony and exhibits, etc.
Req. leave to file Chris Baker's Declaration late  [Doc. 32]

1/11/13 – Preparation/filing of addendum letter to Judge Seabright    .2 hours

1/11/13 – drafted sent letter to Judge Seabright re: "paint can" Exhibit    .1 hours
NO CHARGE

1/14/13 – Prepare Exhibit List/Witness List/    .7 hours

1/14/13 - Declaration of Direct for Chris Baker/send to Court and Ernest    1.8 hours

**EXHIBIT EIGHT**

**6.9**

| | |
|---|---|
| 1/14/13 – File Exhibits Doc. 37 – discussed with Ernest – he says thinks the Court wants<br>      The exhibits filed separately | .4 hours |
| 1/14/13 – File Exhibit List/Witness List | .1 hours |
| 1/14/13 – Got minute entry from Judge Seabright – try to find original tag with paint can | .7 hours<br>NO CHARGE |
| 1/15/14 – Download/Save/File Declarations      Doc. 41 | .3 hours |
| 1/15/14 – Obtain/Review Decs of Sato and Sugihara filed by Ernest | .5 hours |
| 1/16/13 – Print/Copy Documents required to be submitted to Court/ Notebooks1<br>      With Exhibits per Court's instruction/Find original "Paint Can"<br>      Notice | 3.5 hours |
| 1/16/13 – Prepare Notebooks as required by Court | .5 hours |
| 1/16/13 – Meet with Chris Baker – Review Testimony/Review sm card with pics | 1.5 hours |
| 1/17/13 – Meet with clients = discuss testifying | .5 hours |
| 1/17/13 - Hearing on Motion for Sanctions | 2 hours |
| 2/5/13 – Status Conference – called by Court<br>      Ordered to file superseding PI to address facial challenge<br>      Said specifically we could incorporate old into new<br>      [Doc. 72, p. 9 of 13] | .5 hours |
| 2/13//13 – Call from Bernadette Aurio re: Court's rescheduling of March 12 date | .1 hours |
| 2/20/13 – received word from the Court that the PI hearing was moved to 3/27<br>      Informed clients | .1 hours |
| 2/21/13 – Notice of Hearing filed by the Court (re: Court moving PI hearing)<br>      – make sure on calendar | .1 hours |
| 3/7/13 – Draft/Revise Declarations for PI hearing –<br>      I did Chris Smith, Dominic's, Madori's, Blade Wilson, Doug's<br>      Brian to do Sugar's and something eles | 5.5 hours |
| 3/8/13 – Status Conference – requested by Ernest<br>      Admonished about: failing to amend the PI when told to;<br>      Incorporating the old PI into the Amended PI; and incorporating<br>      Video into the Amended Complaint – Specifically told I could do that | .3 hours |

**EXHIBIT EIGHT**

At 2/5 hearing – Judge says he made it clear I shouldn't do that (?)

As for the first two, minute entry is clearly permissive;
And transcript of February Status Conference (which was
Ordered expedited) plainly states that "you may incorporate
What you want" –

Nevertheless, PI Motion was Denied without prejudice and
Leave for Second Amended Complaint added

Ernest also admonished for calling Plaintiffs a "mixed bag of
Self-absorbed social protestors, recent Mainland transplants
Who have seen fit to pitch their tents invoking King
Kamehameha's law, etc. etc. – said it hurts Ernest's reputation

## 12.4

| | |
|---|---|
| 3/18/13 – Scheduling Conference | .5 hours |
| 4/22/13 – Status Conference held at Court's request – Bill 7 does not render Bill 54<br>Inj. Relief moot | .4 hours |
| 4/28/13 – Discussed with Brian the time needed for each witness (PI hearing) | .3 hours |
| 4/29/13 – Drafted/Sent letter to Judge Seabright re: time needed | .5 hours |
| 4/29/14 – Prepared Exhibit List  [Doc. 96] | .5 hours |
| 4/29/14 – Filed Exhibit List | .1 hours |
| 5/2/13 – Discuss stip facts with Brian | .2 horus |
| 5/2/13 – Draft proposed stip facts | 3.2 hours |
| 5/2/13 – Reviewed Letter to Judge Seabright from Ernest "updating" times spent<br>On witnesses – says he will take an hour on Doug (?) | .1 hours |
| 5/3/13 – Review Defendants' letter re: witnesses | .2 hours |
| 5/3/13 – Finish proposed stip facts /sent to Ernest | .7 hours |
| 5/5/13 – Drafted Stip Fact Statement/Holcomb Declaration<br>Copied e-mails | .4 hours |
| 5/6/13 – Refile Declarations in Anticipation of Hearing | .5 hours |
| 5/6/13 – Filed Statement re:  Stip Facts | .1 hours |
| 5/6/13 – Draft/Send Letter to Judge Seabright<br>City refuses to stipulate to even the authenticity of videos<br>So asked to supplement witness list and estimated times | .5 hours |

**EXHIBIT EIGHT**

To include videographers

**8.2**

5/7/13 – Reviewed Ernest's letter to Judge Seabright – misstates discussions re:     .5 hours
        stipulations

5/6/13 – Reviewed Ernest's filing of Decs [Doc. 109]     .3 horus

5/7/13 – Draft/Send Letter to Judge Seabright     .8 hours
        Responds to Ernest's letters allegations with specific quotation
        From e-mails
        Also observes that Ernest did not supply City's Direct Dec., added
        Kimi Caswell, and did not specify portions of video to be played

5/8/13 – Received call from Court wondering what 5/7/13 letter was about     .2 hours
        Apparently, Ernest sent me the letter on 5/7 but not the Court
        e-mailed the Court the letter I received from Ernest's
        assistant, explaining that my letter was in response to
        Ernest's that he apparently did not sent

5/9/13 – obtained and filed "physically signed" Declarations as directed by Court     .2 hours
        NO CHARGE

5/9/13 – reviewed Declaration of Pamela Witty-Oakland [Doc. 118]     .1 hours

5/10/13 – Status Conference with Judge Seabright     .6 hours
        City to agree to PI Order
        No evidence required on 17th
        Court "concerned" with the assessment of fees and costs
        With no hearing being provided

5/17/13 – Argued Motion for PI/Dismiss     .5 hours
        (facial challenge – per status conference) – will agree to as applied
        City claimed it would not charge fee – only reason ordinance saved

5/31/13 –Drafted/sent letter to Judge Seabright re:  remaining point of contention .2 hours
        Requested Status Conference

5/31/13 – Call/Minute Entry scheduling Status Conf     .1 hours

5/31/13 – Status Conference (Terms of PI)     .5 hours
        To apply to Plaintiffs outside of Thomas Square
        And to all who are currently members of De-Occupy

7/25/13 – Minute Entry – schedule status conference with Judge Chang     .1 hours

8/6/13 – Status Conference with Judge Chang and Ernest and Laura     .6 hour
        Requested by Judge Chang to discuss changing City's policies
        – wants decisionmaker present

**EXHIBIT EIGHT**

**4.3**

| | |
|---|---|
| 8/6/13 – Review Ernest's letter to Judge Chang | .1 hour |
| Says he will not advise City to settle if we get attys' fees | |
| | |
| 8/6/13 – Draft Response letter to Judge Chang re: change of City policy | .7 hours |
| | |
| 8/7/13 – finalize and send responsive letter to Judge Chang | .5 hours |
| Noting that the accumulation of fees and costs | |
| Are due to the City's conduct and judgment to fight | |
| These allegations which are videotaped | |
| | |
| 8/13/13- Further status Conference with Judge Chang | .7 hours |
| Plaintiffs to provide "wish list" | |
| 8/14/13 – Reviewed letter from Ernest to Judge Chang | .1 hours |
| | |
| 8/22/13 – Received/Reviewed List of Demands from Clients (policy changes) | .6 hours |
| Per Judge Chang /Discussed with Brian | |
| | |
| 8/22/13 – Drafted Letter to Judge Chang and sent to him (included Mtn. Continue.2 hours | |
| And Plaintiffs' wish list) | |
| | |
| 10/11/13 – Scheduling Status Conference set by agreement | .1 hours |
| | |
| 10/15/13 – Status Conference Get new schedule- Brian Only | NO CHARGE |
| | |
| 10/17/13 – Further Status with Judge Chang to try to change City policies | .5 hours |
| | |
| 10/25/13 – Status Conference with Judge Chang BRIAN ONLY | NO CHARGE |
| Set for only Plaintiffs' counsel – minutes say lasted 10 mins | |
| (originally set for 10/24 – asked Judge Chang to move | |
| To 2:45 – resched to 10/25 – NO CHARGE) | .2 hours (moved NO CHARGE |
| | |
| 10/24/13 – Settlement Conference with Judge Chang – | .3 NO CHARGE |
| | |
| 1/14/14 – status conference re: deadlines – dates moved | .2 hours |
| | |
| 5/20/14- prepare for settlement conference – Review Depos/Settlement Conf. Stmt. | 3.7 hours |
| Concise Stmt. Of Facts | |
| | |
| 5/20/14 – discuss settlement conference with Brian and strategy | .4 hours |
| | |
| 5/21/14 – prepared more in the morning – read through depos – made outline of what | 1.5 hours |
| To say to Ernest and Judge Chang/Estimated hours to give Judge Chang | |
| A ballpark atty's fees | |

**EXHIBIT EIGHT**

5/21/14 – Settlement Conference                                              1.3 hours
    Stayed 11:00 – 12:15
    Told the Judge and Ernest that we would settle for damages
      Injunctive relief moot b/c no longer enforcing Bill 54
    I HAD TO LEAVE FOR HEARING – BRIAN STAYED LONGER

5/22/14 – call to Judge Chang regarding offer:                               .1 hours
   1.  1000 to 1500 damages
      We will have to allocate between Plaintiffs
   2.  Replevin will have to hammer out language so City is not liable (which is our intent)
   3.  Entered on the record – so no confidentiality
   4.  We will apply for Atty's Fees – City can say we are not entitled

**10.5**

     **Total Court Hours:**      **43.8**

     **Total  Billed Court Hours:**   **42.3**

     **Hours Expended at "No Charge"**  ***1.5**


TOTAL HOURS EXPENDED:   394.1
TOTAL BILLED HOURS     369.3

TOTAL HOURS NOT CHARGED: 24.8

6.7% of Billed Hours Not Charged

## G.  Post Trial Motions (Motion for Attys' Fees)

8/7/14 – Review Pacer against timesheet
     ensure accuracy and completeness of hours billed  2.6 hours

8/7/14 – Review client correspondence
     Ensure accuracy and completeness of hours billed  3.4 hours

8/8/14 – Review e-mails between counsel/correspondence with Court
     Ensure accuracy and completeness of hours billed  5.7 hours

8/10/14 – Draft Motion – procedural history, relief obtained, cite record .9 hours

8/10/14 – Categorize hours pursuant to local rule 54.3(d)(1)  2.7 hours

8/10/14 – Calculating Hours/No Charge Hours    1.2 hours

**EXHIBIT EIGHT**

8/10/14 – e-mail to Brian requesting his hours and declaration        .1 hours

8/10/14 – Drafting Memorandum – Rearranging FB law.        2.6 hours

8/11/14 – Spoke with Kevin re:  Declaration        .1 hours

8/11/14 – Draft Holcomb Declaration        3.2 hours
        Completed all but attys' fees motions part
        Added/Authenticated Exhibits/explained why used exhibits

8/11/14 – Revise Sugar Declaration drafted by Brian        .3 hours

8/11/14 –Meet with Sugar – Dec signing/revision pursuant to Sugar's comments        .6 hours

8/11/14 – Drafted Kevin Declaration with info from his e-mail        .3 hours

8/11/14 – Draft Memo – add prevailing party part – cite to record        5.2 hours
        Add fees requested categorized pursuant to local rule
        Continue with rates argument
        Conclusion/plug in requests and analysis

8/11/14 – Call Ernest to discuss negotiations pursuant to local rule – left message        .1 hours
        Will offer:
        $50,000 – Brian
        $70,000 – Holcomb

8/11/14 – Added Expenses to Holcomb Declaration/Reviewed Receipts, calculated        1.4 hours
        Amounts, copied, redacted and organized

8/11/14 – added attys fees motion drafting to Dec.        .3 hours

8/11/14 – File Motion and attachments (estimated)        .2 hours

**Total  Billed Post-Trial Motion Hours:        30.9**

**EXHIBIT EIGHT**