IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DE-OCCUPY HONOLULU; CATHERINE RUSSELL; CHRISTOPHER SMITH; ANDREW SMITH; MADORI RUMPUNGWORN; DOMINIC JAMES; JOHN DOES 1-50,<br><br>  Plaintiffs,<br><br>   vs.<br><br>CITY AND COUNTY OF HONOLULU; WESTLEY CHUNG; TRISH MORIKAWA; LARRY SANTOS; KEN SHIMIZU; JOHN DOES 1-50,<br><br>  Defendants. | CIVIL NO. 12-00668 JMS-KSC<br><br>ORDER TO SHOW CAUSE |

ORDER TO SHOW CAUSE

Plaintiffs are hereby ordered to appear before this Court at 9:30 a.m. on August 22, 2014, to show cause, if any there be, why their Motion for Attorneys' Fees and Non-Taxable Expenses ("Fee Motion") should not be denied as untimely. At the May 30, 2014 settlement on the record, this Court imposed a July 14, 2014 deadline for filing a motion for attorneys' fees. Plaintiffs did not file the Fee Motion until August 11, 2014, even though they neither requested nor received

an extension of the July 14 deadline.

Plaintiffs are directed to file a written response, not to exceed five pages, by noon on August 18, 2014.  In evaluating this issue, the Court will focus on whether good cause exists for extending the deadline.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 13, 2014.



/s/ Kevin S.C. Chang
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 12-00668 JMS-KSC; <u>DE-OCCUPY, ET AL. V. CITY AND COUNTY OF HONOLULU, ET AL.</u>; ORDER TO SHOW CAUSE