# HOLCOMB LAW, LLLC A LIMITED LIABILITY LAW CORPORATION

July 14, 2014

**Richard L. Holcomb, Esq.**
**Brian Brazier of Counsel**
**1136 Union Mall**
**Suite 808**
**Honolulu, HI 96813**
**rholcomblaw@live.com**
**(808) 545-4040**
**Fax: (808) 356-1954**

The Honorable Kevin S. Chang
Magistrate Judge, United States District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96850

Re: De-Occupy Honolulu, et al. v. City and County of Honolulu, et al., Civil Case
Number 12-00668 JMS/RLP

Dear Judge Chang,

I am requesting a continuance of today's deadline for filing the settlement agreement and
stipulated dismissal. The parties have worked together diligently. We have finalized the
agreement. Four of the five Plaintiffs have signed the agreement. The City is designating
its representative and will also sign the agreement. The stipulated continuance is drafted.

The need for the further continuance is that, as you know, Plaintiff James is homeless.
He has no known cellphone number and no known e-mail address. After finalizing the
terms of the agreement with the City last week, we have expended great effort in trying to
find Mr. James. Plaintiff Russell and Attorney Brazier drove around for four hours on
Thursday stopping at different locations where he has been seen in the past. We have
talked with everyone we know that has contact with Plaintiff James. Yesterday, Plaintiff
Russell attended De-Occupy's regular Sunday meeting. Despite Mr. James' frequent
attendance of that meeting, he was not there yesterday.

As you also know, Mr. James has specifically given us authority to accept the terms of
the agreement. It is not a matter of whether he will sign the agreement. Rather, we have
to physically meet with him in order for him to have the opportunity to do so. We will
continue our diligent efforts to search for him. Thus, despite your notification that there
would be no further continuances, we have to request a continuance to locate him. We
are requesting at least two weeks but will file the appropriate documents beforehand if
Mr. James is located before the deadline. Mr. Nomura does not object to this request.

Please contact me at (808) 545-4040 or on my cellphone at (808) 783-8438 if you wish to
discuss this further.

Sincerely,

*s/Richard L. Holcomb*

Richard Holcomb
Attorney for Plaintiffs

Cc: Ernest Nomura; Brian Brazier

EXHIBIT TWO