# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:12-cv-00668-JMS-KSC |
| CASE NAME: | De-Occupy Honolulu et al v. City and County of Honolulu et al |
| ATTYS FOR PLA: | Brian J. Brazier<br>Richard L. Holcomb |
| ATTYS FOR DEFT: | Ernest H. Nomura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C8 - FTR |
| DATE: | 08/22/2014 | TIME: | 9:30 - 10:00 |

COURT ACTION:   EP: ORDER TO SHOW CAUSE hearing held.

Arguments heard.

Plaintiffs' request to make oral motion to extend is DENIED. Plaintiffs' request to submit additional briefing/authority is GRANTED.

Plaintiffs' Supplemental Memorandum, not to exceed 5 pages, is due no later than 08/26/2014 by 4:30 p.m.

Defendants' Response to the Supplemental Memorandum is due no later than 09/02/2014 by 4:30 p.m.

Court encourages the parties to engage in a meaningful dialogue to resolve the issue by 09/02/2014 by 4:30 p.m.

This matter is taken under advisement.

*Submitted by: Bernie Aurio, Courtroom Manager*