DEPARTMENT OF THE CORPORATION COUNSEL

DONNA Y. L. LEONG     3226-0
Corporation Counsel
ERNEST H. NOMURA     4829-0
DAWN D. M. SPURLIN     5559-0
LAURA YOSHIDA     6771-0
Deputies Corporation Counsel
530 South King Street, Room 110
Honolulu, Hawaii 96813
Telephone No. (808) 768-5120
E-Mail:    enomura@honolulu.gov
          dspurlin@honolulu.gov
          lyoshida@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
WESTLEY CHUN, TRISH MORIKAWA,
and KENNETH SHIMIZU

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DE-OCCUPY HONOLULU; CATHERINE RUSSELL; CHRISTOPHER SMITH; ANDREW SMITH; MADORI RUMPUNGWORN; DOMINIC JAMES AND JOHN DOES 1-50,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF HONOLULU; WESTLEY CHUN, in his personal and official capacity; TRISH MORIKAWA, in her personal and official capacity; LARRY SANTOS, in his personal and official capacity; KEN SHIMIZU, in his personal and official capacity and JOHN DOES 1-50,<br><br>        Defendants. | CIVIL NO. CV 12-00668 JMS-KSC<br><br>DECLARATION OF ERNEST H. NOMURA; [CORRECTED] EXHIBIT "C"; CERTIFICATE OF SERVICE |

## DECLARATION OF ERNEST H. NOMURA

I, ERNEST H. NOMURA declare as follows:

1. I am a Deputy Corporation Counsel with the Department of the Corporation Counsel, City and County of Honolulu.  I make this declaration based on personal knowledge, unless otherwise indicated.  This declaration is made under the laws of the United States of America and the State of Hawaii and under penalty of perjury.

2. After the CM/ECF filing of the City Defendants' Responsive Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Expenses, I noticed that Exhibit "C" was incomplete.  It inadvertently omitted the enclosure to the letter to the Honorable J. Michael Seabright.  Attached hereto is at true, correct and complete Exhibit "C" that should be attached to the City Defendants' Responsive Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees and Non-taxable Expenses, filed on September 5, 2014, ECM/ECF Doc. No. 216.

DATED:  Honolulu, Hawaii, September 8, 2014.

*/s/ Ernest H. Nomura*
_____
ERNEST H. NOMURA