Case 1:12-cv-00668-JMS-KSC Document 218-1 Filed 09/08/14 Page 1 of 3 PageID #: 4779
Case 1:12-cv-00668-JMS-KSC Document 50 Filed 01/28/13 Page 1 of 3 PageID #:555
JAN-25-2013 FRI 03:58 PM CORPORATION COUNSEL    FAX NO. 808-768-5105    P.001

DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov

LETTER

KIRK CALDWELL
MAYOR



DIANE T. KAWAUCHI
ACTING CORPORATION COUNSEL

January 25, 2012

The Honorable J. Michael Seabright
Judge, United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C435
Honolulu, Hawaii 96850

Your Honor:

    Re:    De-Occupy Honolulu, et al. v. City and County of Honolulu, et al.
              Civil No. CV 12-00668 JMS-KSC

    I am enclosing a letter that was sent to Messrs. Holcomb and Brazier regarding the City's commitment to a responsive process regarding repossession of stored personal property at the Halawa Corp Yard. Mr. Holcomb approved the City's process.

    I am submitting this letter to the Court as the parties' "status letter" pursuant to the paragraph 6 of the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Sanctions, Enforcement of Agreement, and/or Temporary Restraining Order, entered on January 24, 2013.

    Please let me know if the Court has any questions or concerns regarding this matter. I appreciate the Court's consideration.

Very truly yours,

ERNEST H. NOMURA
Deputy Corporation Counsel

EHN:ey

Enclosure

cc:    Richard L. Holcomb, Esq. (w/enclosure)
        Brian J. Brazier (w/enclosure)
        Department of Facility Maintenance

12-09343/266907

EXHIBIT C

DEPARTMENT OF THE CORPORATION COUNSEL
# CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 110 * HONOLULU, HAWAII 96813
PHONE: (808) 768-5193 * FAX: (808) 768-5105 * INTERNET: www.honolulu.gov

KIRK CALDWELL
MAYOR



DIANE T. KAWAUCHI
ACTING CORPORATION COUNSEL

January 24, 2013

**HAND DELIVERED**

Richard L. Holcomb, Esq.
Brian J. Brazier, Esq.
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813

Messrs. Holcomb and Brazier:

Re: De-Occupy Honolulu, et al. v. City and County of Honolulu, et al.
Civil No. CV12-00668 JMS-KSC

As we discussed yesterday afternoon at our "meet and confer" session, the City proposed the following procedures in connection with the "repossession" process for stored personal property impounded pursuant to Rev. Ord. of Honolulu § 29-19.7:

1. During regular business hours (Monday through Friday, 7:00 a.m. – 3:30 p.m.), the Department of Facility Maintenance ("DFM"), Road Maintenance Administration at Halawa, shall answer telephone calls regarding repossession of stored property by a "live" person. All calls shall be referred to the following persons in the following order depending on his/her availability: Mr. Tyler K. Sugihara, P.E. (Chief, Road Division), Ms. Trudy Okazaki, Mr. Lan Yoneda (Assistant Chief, Road Division).

2. DFM is currently working with the Department of Information Technology ("DIT") to set up a new dedicated telephone number for all "Stored Property Ordinance" ("SPO") related telephone calls. This dedicated telephone number is intended to separate SPO phone calls from other phone calls received by the reception staff and will take recorded voice mail messages after regular business hours from persons who seek repossession of stored personal property. The person will be directed to leave his/her name, contact number, "Removal and Disposal Notice" "tag" number, and a general description of the personal property impounded being stored at the Halawa Corp Yard. As we discussed, the two agencies will be meeting this Friday and we anticipate that this system will be put in place within the next few weeks.

Richard L. Holcomb, Esq.
Brian J. Brazier, Esq.
January 24, 2013
Page 2

    3.    Persons who seek repossession of personal property and who provide DFM with his/her name, contact number, "Removal and Disposal Notice" "tag" number, and a general description of the personal property impounded and being stored at the Halawa Corp Yard (by a "live" telephone conversation or by leaving a voice mail message after regular business hours), may pick up his/her personal property at 10:00 a.m. (or at a mutually convenient time between 8:00 am and 2:30 pm during normal City business workdays) one (1) business day after his/her telephone call or telephone voice mail message. The parties understand and agree that if the telephone call was made after 2:30 p.m., the pick up time may be two (2) business days after the telephone call.

I believe that this sets forth the parties' discussion yesterday. I trust that this process is reasonable and workable for you and your clients. The City intends to use this system for all SPO repossessions, not only for your clients.

If this process is satisfactory, please sign below. I will then submit this letter as the parties' "status report" as Judge Seabright requested last week Thursday. This letter will then supplement the "Stipulation" between the parties as to Paragraph 1.h.

I look forward to hearing from you soon.

                                           Very truly yours,

                                           ERNEST H. NOMURA
                                           Deputy Corporation Counsel

EHN:ey

APPROVED AND AGREED:

_____
RICHARD L. HOLCOMB
BRIAN J. BRAIZER
Attorneys for Plaintiffs

12-09343/266487